IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **WBH Energy, LP,** | § | Case No. 15-10003 |
| **WBH Energy Partners LLC** | § | Case No. 15-10004 |
| **WBH Energy GP, LLC** | § | Case No. 15-10005 |
| | § | |
| Debtors. | § | Jointly Administered |

## ORDER GRANTING MOTION FOR JOINT ADMINISTRATION

On January 5, 2015, the Debtor filed a motion entitled *Debtors' Emergency Motion Pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure Requesting Joint Administration of Chapter 11 Cases* in the above styled and numbered chapter 11 cases seeking joint administration of such cases (the "***Motions***"). The Court finds that notice was proper and that no party in interest made any response in opposition to the Motions or, if so, the relief requested in such response was denied for the reasons stated on the record, and further finds that the relief requested in the Motions should be granted.

ACCORDINGLY, IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that

the chapter 11 cases of WBH Energy, LP, WBH Energy Partners LLC, and WBH Energy GP, LLC are to be jointly administered in accordance with the terms of this Order, as follows:

1) Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the bankruptcy cases of the Debtors; it is the Court's intention to jointly administer the bankruptcy cases of the Debtors for procedural purposes only;

2) WBH Energy, LP, WBH Energy Partners, LLC, and WBH Energy GP, LLC are to be jointly administered under Case No. 15-10003;

3) Judge Mott shall preside over these jointly administered cases;

4) The joint caption of the WBH Energy, LP, WBH Energy Partners, LLC, and WBH Energy GP, LLC cases shall read as shown in attached **Exhibit A**.

5) All original pleadings shall be captioned as set out above and all original docket entries shall be made in the case of WBH Energy, LP, Case No. 15-10003;

6) All proofs of claim shall be filed under the case number representing the Debtor's estate against which the claim is made;

7) Each of the Debtors shall (a) file separate monthly operating reports; (b) maintain separate financial accounts and records; (c) not be liable for the claims against any of the Debtors by virtue of this Order, and (d) file separate Bankruptcy Schedules and Statements of Financial Affairs;

8) A docket entry shall be made in each of the Debtors' cases substantially as follows: *An order has been entered in this case directing the joint administration of the chapter 11 cases of WBH Energy, LP, WBH Energy Partners, LLC, and WBH Energy GP, LLC; the docket in the chapter 11 case of WBH Energy, LP, Case No. 15-10003 should be consulted for all matters affecting this case*;

9) Debtor shall file a master service list in WBH Energy, LP, Case No. 15-10003 which

includes all creditors, persons filing Notices of Appearances, and all parties-in-interest in all the debtors' jointly administered cases for future noticing requirements; and

10) This order shall be served by the debtor on interested parties and all parties included on the master services list.

# # #

Submitted by:

**BRACEWELL & GIULIANI LLP**

By: */s/ William A. (Trey) Wood III*
 William A. (Trey) Wood III
 Texas Bar No. 21916050
 Trey.Wood@bgllp.com
 Jason G. Cohen
 Texas Bar No. 24050435
 Jason.Cohen@bgllp.com
 711 Louisiana, Suite 2300
 Houston, Texas 77002
 Telephone: (713) 223-2300
 Facsimile: (713) 221-1212

**PROPOSED COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION**

# EXHIBIT A

(Jointly Administered Cases Caption)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| WBH Energy, LP, *et al.* | § § | Case No.: 15-10003 |
| | § § | Chapter 11 |
| | § | |
| Debtors. | § § | Jointly Administered |