## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| **WBH Energy, LP,** | § Case No. [15-10003] |
| **WBH Energy Partners LLC** | § Case No. [15-10004] |
| **WBH Energy Partners GP, LLC** | § Case No. [15-10005] |
| | § |
| **Debtors.** | § **Chapter 11** |
| | § **Joint Administration Requested** |

### DECLARATION FOR ELECTRONIC
### FILING OF THE CONSOLIDATED LIST OF
### 30 LARGEST UNSECURED CREDITORS FOR WBH ENERGY, LP,
### WBH ENERGY PARTNERS LLC AND WBH ENERGY PARTNERS GP, LLC

As the individual authorized to act on behalf of the corporation, partnership, or limited liability companies named as the debtors in this case, I hereby request relief on behalf of the debtors in accordance with the chapter of title 11, United States Code, specified in the petitions to be filed electronically in these cases. I have read the information provided in the consolidated list of 30 largest unsecured creditors to be filed electronically in these cases and *I hereby declare under penalty of perjury* that the information provided therein is true and correct.

I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after such consolidated list of 30 largest unsecured creditors has been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

I hereby further declare under penalty of perjury that I have been authorized to file the consolidated list of 30 largest unsecured creditors on behalf of the debtors in this cases.

Date: __January 2, 2015__

David Henderson, President of WBH Energy
Partners LLC, WBH Energy LP, and WBH
Energy GP, LLC

-2-

## PART II: DECLARATION OF ATTORNEY

I declare **under penalty of perjury** that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein.

Date: <u>January 2, 2015</u>                    <u>/s/ William A. (Trey) Wood III</u>
                                                      Attorney for Debtor

#4779099.2