# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **WBH Energy, LP,** § | | **Case No. [ 15-10003 ]** |
| **WBH Energy Partners LLC** § | | **Case No. [ 15-10004 ]** |
| **WBH Energy Partners GP, LLC** § | | **Case No. [ 15-10005]** |
| § | | |
| **Debtors.** § | | **Joint Administration Requested** |

The following is a list of WBH Energy, LP's equity security holders which is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(3) for filing in this chapter 11 case.

| Equity Holder | Address | Interest |
|---|---|---|
| David Henderson | 4407 Bee Caves Rd., Suite 421, Austin TX 78746 | 22.875% |
| Jacob Warnock | 4407 Bee Caves Rd., Suite 421, Austin TX 78746 | 22.875% |
| Joseph Warnock | 4407 Bee Caves Rd., Suite 421, Austin TX 78746 | 22.875% |
| Randal Winfrey | 4407 Bee Caves Rd., Suite 421, Austin TX 78746 | 22.875% |
| Ryen Burrus | 4407 Bee Caves Rd., Suite 421, Austin TX 78746 | 8.50% |

-2-

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** § | **Chapter 11** | |
| § | | |
| **WBH Energy, LP,** § | **Case No.** [ 15-10003 ] | |
| **WBH Energy Partners LLC** § | **Case No.** [ 15-10004 ] | |
| **WBH Energy Partners GP, LLC** § | **Case No.** [ 15-10005 ] | |
| § | | |
| **Debtors.** § | **Joint Administration Requested** | |

The following is a list of WBH Energy Partners, LLC's equity security holders which is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(3) for filing in this chapter 11 case.

| Equity Holder | Address | Interest |
|---|---|---|
| David Henderson | 4407 Bee Cave Rd., Suite 421, Austin, TX 78746 | 25% |
| Joseph Warnock | 4407 Bee Cave Rd., Suite 421, Austin, TX 78746 | 25% |
| Jacob Warnock | 4407 Bee Cave Rd., Suite 421, Austin, TX 78746 | 25% |
| Rand Winfrey | 4407 Bee Cave Rd., Suite 421, Austin, TX 78746 | 25% |

-3-

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** § | **Chapter 11** | |
| § | | |
| **WBH Energy, LP,** § | **Case No.** [15-10003] | |
| **WBH Energy Partners LLC** § | **Case No.** [15-10004] | |
| **WBH Energy Partners GP, LLC** § | **Case No.** [15-10005] | |
| § | | |
| **Debtors.** § | **Joint Administration Requested** | |

The following is a list of WBH Energy Partners GP, LLC's equity security holders which is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(3) for filing in this chapter 11 case.

| Equity Holder | Address | Interest |
|---|---|---|
| David Henderson | 4407 Bee Caves Rd., Suite 421, Austin TX 78746 | 22.875% |
| Jacob Warnock | 4407 Bee Caves Rd., Suite 421, Austin TX 78746 | 22.875% |
| Joseph Warnock | 4407 Bee Caves Rd., Suite 421, Austin TX 78746 | 22.875% |
| Randal Winfrey | 4407 Bee Caves Rd., Suite 421, Austin TX 78746 | 22.875% |
| Ryen Burrus | 4407 Bee Caves Rd., Suite 421, Austin TX 78746 | 8.50% |

## DECLARATION UNDER PENALTY OF
## PERJURY ON BEHALF OF COMPANIES AND PARTNERSHIP

I, David Henderson, President of WBH Energy, LP, WBH Energy Partners LLC, and WBH Energy Partners GP, LLC, the named debtors in the above-captioned Chapter 11 cases, hereby declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Dated: January 2, 2015

David Henderson
President
WBH Energy LP, WBH Energy Partners, LLC,
and WBH Energy Partners GP, LLC