**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** § | **Chapter 11** | |
| § | | |
| **WBH Energy, LP,** § | **Case No. 15-10003** | |
| **WBH Energy Partners LLC** § | **Case No. 15-10004** | |
| **WBH Energy GP, LLC** § | **Case No. 15-10005** | |
| § | | |
| **Debtors.** § | **Joint Administration Requested** | |

**CONSOLIDATED LIST OF CREDITORS**
**HOLDING 30 LARGEST UNSECURED CLAIMS**

Following is a consolidated list of the Debtors' creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| | (1) *Name of creditor and complete mailing address, including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|---|
| 1. | Pumpco Energy Services, Inc. | PO Box 202295 Dallas, TX 75320 | Trade | | $1,616,448.99 |
| 2. | Gladiator Energy Services, LLC | PO Box 162546 Austin, TX 78716 | Trade | | $1,456,405.92 |
| 3. | Nabors Drilling USA, LP | PO Box 973527 Dallas, TX 75397 | Trade | | $1,271,868.19 |
| 4. | Inwell Inc. | 504 Spring Hill Dr. Ste. 300 Spring, TX 77386 | Trade | | $649,836.75 |
| 5. | Cressman Tubular Products Corp. | 3939 Beltline Rd. Ste. 460 Addison, TX 75001 | Trade | | $506,748.60 |
| 6. | Halliburton Energy Services, Inc. | PO Box 301341 Dallas, TX 75303 | Trade | | $429,685.26 |
| 7. | Orr Construction, Inc. | PO Box 268984 Oklahoma City, OK 73126 | Trade | | $413,030.00 |
| 8. | Morrison Supply Company | PO Box 70 Fort Worth, TX 76101 | Trade | | $325,447.90 |

| | | | | | |
|---|---|---|---|---|---|
| 9. | Challenger Process Systems Co. | PO Box 731411 Dallas, TX 75373 | Trade | | $314,038.12 |
| 10. | Basic Energy Services, LP | PO Box 841903 Dallas, TX 75284 | Trade | | $309,035.26 |
| 11. | Nabors Completion & Production Services | PO Box 975682 Dallas, TX 75397 | Trade | | $308,638.61 |
| 12. | PLPS Inc. | PO Box 700 Pearland, TX 77588 | Trade | | $277,550.00 |
| 13. | J&P Transport LLC | PO Box 459 Muenster, TX 76252 | Trade | | $273,139.15 |
| 14. | Multi-Chem Group LLC | PO Box 974320 Dallas, TX 75397 | Trade | | $260,943.15 |
| 15. | Blowout Tools Inc. | PO Box 62600 Dept. 1260 New Orleans, LA 70162 | Trade | | $199,887.35 |
| 16. | West Fork Enterprises, Inc. | 259 CR 1510 Bridgeport, TX 76426 | Trade | | $181,252.12 |
| 17. | Energy Service Company of Bowie | PO Box 1300 Bowie, TX 76230 | Trade | | $175,256.00 |
| 18. | Key Energy Services, Inc. | PO Box 4649, Houston, TX 77210 | Trade | | $168,863.41 |
| 19. | DK Rig Movers | 8755 Hwy 87 E. San Antonio, TX 78263 | Trade | | $155,012.00 |
| 20. | SWECO | PO Box 123411 Dept. 3411 Dallas, TX 75312 | Trade | | $154,740.55 |
| 21. | Champion Technologies, Inc. | PO Box 2243 Houston, TX 77252 | Trade | | $140,116.41 |
| 22. | Weatherford US, LP | PO Box 301003 Dallas, TX 75303 | Trade | | $138,340.42 |
| 23. | Energy Oilfield Services, LLC | 15425 North Freeway, Suite 140 Houston, TX 77090 | Trade | | $138,039.61 |
| 24. | Gainsville Fuel, Inc. | PO Box 3445 San Angelo, TX 76902 | Trade | | $125,296.47 |
| 25. | Industrial Outfitters Inc. | PO Box 6838 Abilene, TX 79608 | Trade | | $118,296.44 |
| 26. | Kyle Erwin Construction LLC | PO Box 643 Boyd, TX 76023 | Trade | | $115,201.25 |
| 27. | Danlin Industries Corporation | PO Box 123420 Dallas, TX 75312 | Trade | | $105,445.03 |
| 28. | Quinn Pumps | PO Box 677347 Dallas, TX 75267 | Trade | | $105,026.52 |

| 29. | Flowco Production Solutions | 2731 Spring Stuebner Rd. Ste. N. Spring, TX 77389 | Trade | | $103,760.45 |
|---|---|---|---|---|---|
| 30. | Crest Process Systems, Inc. | 2600 Robertson Rd. Tyler, TX 75701 | Trade | | $100,224.00 |