## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WBH Energy, LP, | § | Case No. [          ] |
| WBH Energy Partners LLC | § | Case No. [          ] |
| WBH Energy GP, LLC | § | Case No. [          ] |
| | § | |
| Debtors. | § | Joint Administration Requested |

### VERIFICATION OF MAILING LIST

The Debtors certify that the attached mailing list:

**X**     is the first mail matrix in this case.

_____     adds entities not listed on previously filed mailing list(s).

_____     changes or corrects name(s) and address(es) on previously filed mailing list(s).

_____     deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with W.D. TX L.B.R. 1007.1, the above named Debtors hereby verify that the attached list of creditors is true and correct.

January 2, 2015
Date

_David Henderson, President_

/s/ William A. (Trey) Wood III
Signature of Attorney

45-4106472, 45-4106421, 27-4614935
Debtor's Tax ID. No.

#4779216

1st Southwest Consultants
Attn:  Freddie Williams
312 Rusk
Montague, TX  76251

Action Petroleum Services Corp
1001 Timber Grove Rd
Ardmore, Ok 73401

Addax Minerals Fund, L.P.
5950 Berkshire Lane
Dallas, TX  75225

Advance Fabrication & Measurement LLC
P.O. Box 60112
Midland, TX 79711

Advanced Pressure, Inc.
P.O. Box 270323
Oklahoma City, OK 73127

AECH Energy, Ltd.
P.O. Box 741
Muenster, TX  76252

Joe Allgood
P.O. Box 2146
Whitney, TX  76692

Mary Altazan
1013 S. Eugene St.
Baton Rouge, La  70806

Jackie Amon
1900 Maid Marian Ct.
Arlington, TX  76012

Anderson Perforating Ltd
P O Box 2037
Albany, TX 76430

Antero Royalties, LLC
15601 Dallas Pkwy
Addison, TX  75001

AT&T
211 South Akard St
Dallas, TX 75202

Bact Resources, Inc
3438 Boxelder Drive
Houston, TX 77082

Perle Baird
3111 Whitemarsh Circle
Farmers Branch, TX  75234

Mary Baker
7747 Chalkstone Drive
Dallas, TX  75248

Alan Ball
4040 Quigley St. Apt 5
Oakland, CA  94619-1942

Roy Ball
4751 Willowbrook Dr
Sacramento, CA  95842

Billy Barcus
13010 Royal Shores Dr.
Conroe, TX  77303

Netha Barcus
1835 Suwanee Valley Road
Lawrenceville, Ga  30043

Jerry Barnes
P O Box 632
Gainesville, TX  76241

Michelle Barnes
Unknown

Phyllis Barr
2919 Quailwood Street
Houston, TX  77014

Barry Fitts
P.O. Box 228
Bowie, TX 76230

Basic Energy Services, LP
P.O. Box 841903
Dallas, TX 75284-1903

Basic Energy Services, LP
P.O. Box 841903
Dallas, TX 75284-1903

Basin Oil and Gas, LLC
P.O. Box 470444
Fort Worth, TX  76147

Clarence Bayer
2310 Bluffview Ct
Arlington, TX  76011

Cletus Bayer
P O Box 271405
Houston, TX  77277-1405

Sister Jeanette Bayer
141 E 6th Street
Muenster, TX  76252

Bayheaven Corp
1708 Quail Valley
Iowa Park, TX  76367-3007

Judy Beaver
Unknown

Bell Supply Company
P.O. Box 1597
Gainesville, TX 76241-1597

Homer Bell
P. O. Box 612
Saint Jo, TX  76265

Linda Bell
P. O. Box 612
Saint Jo, TX  76265

Nita Bell
P. O. Box 1004
Pilot Point, TX  76258

Wayne Bell
1208 Miller St.
Bowie, TX  76230

Penny Bellamy
6302 Duck Creek Dr. 1111
Garland, TX  75043

Bess Brashear Trust
Bobby Brashear, Jr., Trustee
P.O. Box 41
Bowie, TX  76230

Blowout Tools, Inc.
P.O. Box 62600
New Orleans, La 70162-2600

Jan Bloyd
4854 Lionesse Ct.
Las Vegas, Nv  89130

Blue Star Materials LLC
1805 Royal Lane, Ste 107
Dallas, TX 75229

Bluerock Energy Capital, Ltd.
P. O. Box 2022
Houston, TX  77252

Madeline Boaze
8116 Linden Loop
Del Valle, TX  78617

Judith Bogan
2112 Ashland Ave.
Fort Worth, TX  76107

Emily Bonnet
1704 Parkside Lane
Austin, TX  78745-3611

Clarice Ann Bosson
4830 Crooked Lane
Dallas, TX  75229

Leash Bowden
P.O. Box 264
Era, TX  76238

Bowie Brothers Interests, LLC
P.O. Box 520
Saint Jo, TX  76265

Bowie Butane Gas Co., Inc
P.O. Box 248
Bowie, TX 76230

Neil Bowie
P.O. Box 520
Saint Jo, TX  76265

Bracewell & Giuliani LLP
Attn: Jason G. Cohen
711 Louisiana, Suite 2300
Houston, Texas 77002

Bracewell & Giuliani LLP
Attn: William A. (Trey) Wood III
711 Louisiana, Suite 2300
Houston, Texas 77002

Bra-De Oil and Gas, Inc
P. O. Box 417
Montague, TX  76251

Brammer Pipe & Steel, Inc
P O Box 213
Forestburg, TX 76239

Myrtle Braziel
Unknown

Brent Shoun
126 S. 7th St.
Jacksboro, TX 76458

Clifford Brock
P.O. Box 305
Hugo, OK  74743

Joel Brock
P.O. Box 34727
Houston, TX  77234

Steven Bronaugh
390 Kerrie Ln.
Boaz, Al  35956

Margaret Brooks
5999 Nc 55 W
Angier, Nc  27501

Cary Brown
Unknown

Dale Brown
Unknown

Kathleen Brown
2410 Marika Circle
Wichita Falls, TX  76308

Browning Children's Trust
c/o Waggoner National Bank
Attn:  Trish Byars
Vernon, TX  76385

Robert Bruns
5709 Wortham Lane
Dallas, TX  75252

BSC Rod Lift Solutions
P.O. Box 1597
Gainesville, TX 76241-1597

Jimmy Buchanan
5311 Vista Run Drive
San Antonio, TX  78247-4684

Neal Buchanan, Jr.
1011 Heathrow Drive
Cantonment, FL  32533

Reggie Buchanan
20611 Bothell Everett Hwy E153
Bothell, WA  98012-7137

Buck's Gas Ltd.
Unknown

Ruth Burgess
6851 Farm Road 94
Strafford, MO  65757

Burlington Resources Oil
P O Box 22295 Network Place
Chicago, IL  60673-1222

Ryen Burrus
4407 Bee Cave Rd., Ste. 421
Austin, TX 78746

Ryen Burrus
P.O. Box 160307
Austin, TX 78716

Donald Busby
701 Lee Drive
Alamosa, CO  81101

Larry Busby
P. O. Box 111
Saint Jo, TX  76265

Donald Byas
3 Queen Anne Ter.
Wichita, TX  76309

Jackie Byas
1709 Dayton Ave.
Wichita Falls, TX  76301

Jeffrey Byas
304 Bowser
Richardson, TX  75081

Jerry Byas
2615 Fairway Dr.
Wichita Falls, TX  76301

Kathryn Byas
4615 Willow Bend Dr.
Wichita Falls, TX  76310

Kenneth Byas
3522 University Ave.
Wichita Falls, TX  76308

Larry Byas
1766 Upper Montague Rd.
Bowie, TX  76230-6836

Richard Byas
3049 Bishop Rd.
Bowie, TX  76230

Josephine Bybee
3006 McNiel
Wichita Falls, TX  76309

Byrd Oilfield Services, LLC
P.O. Box 7269
Abilene, TX 79608

C W Ford Rentals
P.O. Box 3156
Kilgore, TX 75663

Daniel Caddell
P.O. Box 402
Portales, NM  88310-4025

Janet Calcagno
4705 Marina Dr.
Carlsbad, CA  92008

Patrick Canan
P.O. Box 4887
Wichita Falls, TX  76308-0887

CAN-OK Oilfield Services Inc
887 County Road 1405
Chickasha, OK 73018

Canrig Drilling Technology Ltd
P.O. Box 973608
Dallas, TX 75397-3608

Devon Carminati
7031 State Highway 175
Montague, TX  76251

Cheri Casteel
16410 County Bridge Rd
Houston, TX  77095

CDM Resource Management LLC
P.O. Box 209034
Dallas, TX 75320-9034

Century Graphics & Sign, Inc
P.O. Box 1191
Midland, TX 79702

Challenger Process Systems Co
P O Box 731411
Dallas, TX 75373-1411

Champion Technologies, Inc.
P.O. Box 2243
Houston, TX 77252

Charles Holston Inc.
P.O. Box 732332
Dallas, TX 75373-2332

Chastity M. Russell and Frances C. Burt, Trustees
Fenoglio Family Revocable Trust
413 Lake Terrace Drive
Azle, TX  76020

Chemical Weed Control
P.O. Box 512
Brownfield, TX 79316

Chico Coffman Tank Trucks, Inc
P.O. Box 4869, Dept 430
Houston, TX 77210-4689

Claudine Choate
472429 E. 700 Rd.
Westville, OK  74965

Choctaw Energy LP
P.O. Box 6387
San Antonio, TX  78209

C.B. Christie
4720 Taft Blvd.
Wichita Falls, TX  76308

CL III Funding Holding Company, LLC
c/o Castlelake, Attn: Kevin J. Hiniker
4600 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402

Clark & Cowden Drilling Corporation
4665 Lorraine Ave.
Dallas, TX  75209

Richard Clark II
111 N. Hall St.
Montague, TX  76251

Holly Clark
3565 River Trace
Alpharetta, Ga  30022

Kelley Clark
24 Deerfield Lane
Rehoboth Beach, De  19971

Susan Clark
7501 April Lane
North Richland Hill, TX  76182

Virginia Clark
3971 County Road 318
McKinney, TX  75069

Wanda Clark
209 Oak Crest Dr.
Lufkin, TX  75901-8839

William Clark
4497 FM 1806
Nocona, TX  76255

James Claughton
Unknown

Glenna Clay
P.O. Box 102
Montague, TX  76251

Coastal Royalties, Lp
P.O. Box 4887
Wichita Falls, TX  76308

Chester Collins
P. O. Box 475
Bowie, TX  76251

Linda Collins
16614 Stoneridge Drive
San Antonio, TX  78232

Donald Conley
8708 Hidden Brances Rd.
Harrison, TN  37341

Paula Conner
2806 Princeton Ave.
Midland, TX  79701

ConocoPhillips Company
a Deleware Corporation
600 North Dairy Ashford
Houston, TX  77079

Helen Cook Ellzey
868 Nored Rd.
Forestburg, TX  76239

Cooke County Appraisal District
201 North Dixon
Gainsville, TX 76240

Cooke County Electric Cooperative
11799 U.S. 82
Muenster, TX 76252

Copano Field Services/North Texas LLC
Attn: Alyna Barillas
1001 Louisiana St., Suite 1000
Houston, TX 77002

Copano Field Services/North Texas LLC
2727 Allen Parkway, Suite 1200
Houston, TX 77019

Norma Covel
8001 Thornberry
Amarillo, TX  79118

Brenda Cox
P.O. Box 958
Oakdale, CA  95361

James Cozart
8625 U.S. Highway 380 West
Jacksboro, TX  76458

Creed Leasing Co.
705 8th Street,
Wichita Falls, TX  76301

Cressman Tubular Products Corp
3939 Beltline Road, Ste 460
Addison, TX 75001

Crest Process Systems, Inc
2600 Robertson Rd
Tyler, TX 75701

Crest Pumping Technologies
6500 West Freeway, Ste 601
Fort Worth, TX 76116

Crossway Surveying, Inc
6000 Western Place, Suite 700
Fort Worth, TX 76107

Iva Crow
Unknown


CRR Communications Inc
P.O. Box219
Newark, TX 76071

Robert Crump
16410 County Bridge Rd
Houston, TX  77095

CSO Consulting, LLC
P.O. Box  99
Bridgeport, TX 76426

Debra KayCunningham
45 Oak Dr.
Boaz, Al  35956

D and G Dozer Service, LLC
P.O. Box 6565
Lubbock, TX 79493-6565

Bryce Dale
312 Barrington Farm Court
Georgetown, TX  78633

Zechariah Dameron IV
20 East 35th St.
New York, NY   10016

Derrick Dameron
3604 Potomac
Ft. Worth, TX  76107

Zech Dameron, III
108 Newcastle Ct
Coppell, TX  75019

Danlin Industries Corporation
P.O. Box 123420
Dallas, TX 75312-3420

Danny Seay Consulting LLC
1723 Mcclenden Rd
Weatherford, TX 76088

Freddy Davenport
416 Texas Hwy 338
Naples, TX  75568

Marie Davenport-Harrill
1746 Pearbrook Ct, Apt 5
Cordova, TN  38016

Wanda Lou Davidson
RR 1, Box 28
Grant, OK  74738

Jerry Davis
P.O. Box 282
Nocona, TX  76255

Karen Marie Davis
4800 McBrayer Ln.
Gadsden, AL  35905

Debrah Angelique Brouk Estate
c/o Terah Janice Inman, Executrix
Coos Bay, OR  97420

Deer Creek II, LLC
c/o Milam Sons Minerals, LLC
1091 Norway Maple Drive
Loveland, Co  80538

Defendant Thomas J King
Cooke County District Clerk
100 S. Dixon St.
Gainesville, TX  76240

Lara Denman Flynn
16789 Hawks Hill Road
Hidden Valley Lake, CA  95467

Heather Denman True
2608 Jones Road B
Walnut Creek, CA  94597

Nancy Denman
3910 Mt. Home Ranch Road
Calistoga, CA  94515

Desert Partners IV, LP
P.O. Box 3579
Midland, TX  79702

Glenda Detweiller
4510 Alma Hwy, Lot 29
Van Buren, AZ   72956

Marilyn Dial
P O Box 117
Saint Jo, TX  76265

Rosemary Dial
2217 20th Street
Lubbock, TX  79411

Diamond Tank Rental Inc
P.O. Box 4751
Odessa, TX 79760

David Dickerson
2319 Pinehurst St.
Tyler, TX  75703

Glen Dickerson
11041 Center Dr.
Vernon, TX  76384

Jimmy Dickerson
2709 Wedgemere Dr.
Garland, TX  75040

Weldon Dickerson
308 W. 7th St.
Quanah, TX  79252

DK Rig Movers
8755 Hwy 87 E
San Antonio, TX 78263

DLM Family Investments LP
P.O. Box 418
Montague, TX  76251

Robert Donald, Jr.
P O Box 94
Sunset, TX  76270

Dorchester Minerals LP
3838 Oaklawn Ave, Suite 300
Dallas, TX  75219-4541

Jane Dortch
1120 W Broad Ave, Suite C
Albany, Ga  31707

Mark Dortch
4308 Tejas Trail
Granbury, TX  76048-7569

Nanette Dortch
Unknown

Dragon ESP, Ltd
P.O. Box 3127
Beaumont, TX 77704-3127

DRF Oil And Gas
211 Park Street
Nolora, TX  76255

Beverly Duncan
1933 Shenandoah Lane
Flower Mound, TX  75028

Virginia Dunn Massey
Unknown

Eula Dunn Polson
3713 Winifred Dr.
Fort Worth, TX  76133

Alice Dunn Von Ree
300 E Boggess St
St. Jo, TX  76265

H.A. Dunn
600 S. Lake Creek Dr.
Round Rock, TX  78681

Jack Dunn
1687 Bent Tree Dr
Abilene, TX  79602

James Dunn,
Unknown

John Dunn
1103 Magnolia St
Gainesville, TX  76240

C. E. Dunn, Jr.
1416 Martha Dr.
Bedford, TX  76022

Terry Dunn,
201 Chase Dr
Portland, TX  78374

Kathee Dwyer
6361 FM 455
Woodbury, Mn  55125

Ralph Echols, III
6000 Springhaven Drive
Plano, TX  75093

Verna Eichhorn
17215 W 15 Pl.
Golden, Co  80401

Elizabeth K. Burchard Revocable Inter Vivos Trust
P. O. Box 1600
San Antonio, TX  78296

Marilyn Ellis
2801 Weslayan Drive
Denton, TX  76210

Elynx Technologies
P.O. Box 21228, Dept 23
Tulsa, OK 74121-1228

Energy Oilfield Services LLC
15425 North Freeway Suite 140
Houston, TX 77090

Energy Service Company of Bowie
P.O. Box 1300
Bowie, TX 76230

Enmark Services, Inc
1700 Pacific Avenue, Ste 2660
Dallas, TX 75201

Enterprise Crude Oil LLC
210 Park Avenue, Suite 1600
Oklahoma City, OK 73102

Enterprise Crude Oil LLC
PO Box 4018
Houston, TX 77210

EOG Resources, Inc.
421 West 3rd Street, Suite 150
Fort Worth, TX  76102

Equity Trust Company
Custodian FBO David A. Fenoglio
P.O. Box 1529
Elyria, Oh  44036

Sanford Fagadau,
4849 Greenville Avenue
Dallas, TX  75206

Marianne Farner
6 Hartford Lane
Bella Vista, AZ   72714

R.D. Farner
6 Hartford Lane
Bella Vista, AR  72714

William Fenoglio Jr.
2627 Sutton Court
Houston, TX  77027

Patricia Fenoglio Nix
3223 Georgetown St.
Houston, TX  77005

Alvin Fenoglio
3565 Wosley Dr.
Fort Worth, TX 76133-2167

Carole Fenoglio
3814 Mandell Street
Houston, TX  77006

Donald Fenoglio
211 Park St.
Nocona, TX  76255

Edward Fenoglio
146 Alamo Road
Montague, TX  76251

James Fenoglio
377 South Greenbrier Rd.
Nocona, TX  76255

John Fenoglio
508 West 12th Street
Austin, TX  78701

John Fenoglio
6530 Vanderbilt Street
Houston, TX  77005

Richard Fenoglio
1001 4th Street
Bellevue, TX  76228

Robert Fenoglio
510 W. Highway 82
Nocona, TX  76255

Thomas Fenoglio
P.O. Box 417
Montague, TX  76251

Tony Fenoglio
1296 S. Greenbriar Road
Noconoa, TX  76255

Karen Finwall
6631 Harley St.
Riverside, CA  92506

First National Bank in Dallas
Trustee of the C.L. and Gladys Lloyd Tr
3903 Bellaire Blvd.
Houston, TX  77025

First United Bank
as Beneficiary for Bill & Katherine McGregor
P.O. Box 4377
Wichita Falls, TX  76309

Flowco Production Solutions
2731 Spring Stuebner Rd, Ste N
Spring, TX 77389

Ford, Inc.
Jim Ford
4506 Wilbarger St.
Vernon, TX  76384

Susan Beth Fortlage
4830 Crooked Lane
Dallas, TX  75229

Jason Foster
1009 Meadowlark
Stephenville, TX  76401

Mark Foster
7892 Excalibur Road
Frisco, TX  75035

Delilah Frahm
12390 New Liberty Rd.
Davenport, Ia  52806-9315

Fred W. Shield and Company
115 East Travis Street,
San Antonio, TX  78205-1769

Carolyn Freed
1012 League Road
Lewisville, TX  75067

Gerald Fry
1586 County Rd. 4133
Cumby, TX  75433

Kevin Fryman
321 E 67th St.
Odessa, TX  79762

Kimberley Fryman
6601 Ft. Worth Ave.
Odessa, TX  79762

G W Wireline, Inc.
P O Box 725
Mineral Wells, TX 76068

Gail Godfrey Yager Exempt Trust
2612 Waters Edge Lane
Fort Worth, TX  76116

Gaines Loros Godfrey Exempt Trust
20 Lizard Head Drive
Durango, Co  81301

Gainesville Fuel, Inc
P.O. Box 3445
San Angelo, TX 76902

Gallagher Energy, LP
P.O. Box 98370
Lubbock, TX  79499

Galmor's
P.O. Box 2199
Elk City, Ok 73648

Elaine Garrett
4690 El Dorado Pkwy
Mckinney, TX  75070

Gayle Marie Storey, Life Estate
722 Storey Road
Nocona, TX  76255

General Council of the Assembly of God, Foreign Mission Department
1445 N. Boonville Ave.
Springfield, MO  65802

General Land Office of the State of Texas
P O Box 12873
Austin, TX  78711-2873

Generation Skipping Tr UW Mary Nell Donnell Deceased
9468 FM 2393
Wichita Falls, TX  76305

James Gentry
8620 Heron Drive
Fort Worth, TX  76108

Geomar Resources, Inc
3343 Locke Ave., Suite 103
Fort Worth, TX  76107

Gary Geurin
P.O. Box 429
Saint Jo, TX  76265

Kelly Geurin
P.O. Box 429
Saint Jo, TX  76265

Glen Gibson
686 Ingalls Ct.
Paso Robles, CA  93446

Susie Giffin
5705 Harvard
Amarillo, TX  79109

Patsy Gilbert
10648 W. Runion Drive
Peoria, AZ   85382

Stanley Gilbert
4830 Crooked Lane
Dallas, TX  75229

Cheryl Gilley
2905 Loma Linda
Wichita Falls, TX  76308

Gladiator Energy Services LLC
P.O. Box 162546
Austin, TX 78716

Glick 1996 Family Trust
Unknown

Global Logix Inc
13831 Northwest Freeway, Ste 600
Houston, TX 77040

Sandra Goad
P.O. Box 1300
Marble Falls, TX  78654-1300

Jerald Goldberg
2844 Wisconsin Ave. NW
Washington, Dc  20007

Google Business Apps
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Graves Minerals Trust
910 Morrison Avenue
Pueblo, Co  81005

Wilford Green
5758 Oakwood Dr.
Marysville, CA  95901

Annie Gregory
819 Grace Lane
Humble, TX  77338

Peggy Gregory
4409 Trotter Ln
Flower Mound, TX  75028

Donald Griffin
109 Gaines Ct
Rockwall, TX  75087-9299

Errol Griffin
126 Jim Miller Ct
Kyle, TX  78640

Jackie Grimmett
HC 63, Box 2520
Ft. Towson, OK  74735-9285

Julee Grodin
5952 Willow Ln.
Dallas, TX  75230

Guardian
P O Box 676263
Dallas, TX 75267-6263

Robbin Gulledge
2 Timberline Dr.
Roanoke, TX 76262-9758

H.B.P. Enterprises, LLC
P. O. Box 100544
Fort Worth, TX  76185

Hall Energy Co, LLC
9225 Lake Hefner Pkwy, Ste. 200
Oklahoma City, OK  73120

Halliburton Energy Services, Inc
P.O. Box 301341
Dallas, TX 75303-1341

Kyla Hamilton
P.O. Box  22
Montague, TX  76251

Graham Hammon
7512 Reed Road
Austin, TX  78641

Roger Hanks, Jr.
4712 Eagle Feather
Austin, TX  78735

Lindsey Hanks
2222 Mount Gainor Road
Dripping Springs, TX  78620

Robert Hanson
P.O. Box 31
Muenster, TX  76252

Janice Hargrave
515 East Tram Rd
Vidor, TX  77662

Vickie Harris
112 Champion Creek Cove
Belton, TX  76513

Donnie Hart
128  Lynnellen Ln
Wills Point, TX  75169

James Harvey
19 William Bonny
Edgewood, NM  87015

Joan Harvey
107 N Kirkwell Cr.
Wichita Falls, TX  76302

Deborah Hawkins
4708 Riviera Ct.
N. Richland Hills, TX  76180

Michael Hawkins
3618 West Creek Club
Missouri City, TX  77459

Ronald Hawkins
1125 Shady Run Ter
Henderson, NV  89011-3037

Audimarie Hayes
1325 Muenster Road
Forestburg, TX  76239

Lynette Heatley
12775 Homeridge Ln.
Chino Hills, CA  91709

David R. Henderson
729 Wesley Ridge Drive
Spicewood, TX 78669

David Henderson
4407 Bee Cave Rd., Ste. 421
Austin, TX 78746

Carla Hennigan
572 Mcdaniel St
Gainesville, TX  76240

Carol Henry
5218 Bryant Irvin Rd  Apt 2190
Fort Worth, TX  76132

Herbert Henry
3313 Golf Links Road
Ceres, CA  95307

Rufus Henscheid
303 Sycamore St
Muenster, TX  76252

Herodotus Resources, LLC
729 Wesley Ridge Drive
Spicewood, TX  78669

Hertz Equipment Rental Corporation
P.O. Box 650280
Dallas, TX 75265-0280

Hill Investments, Ltd
P.O. Box 1568
Cedar Park, TX 78630

Dorothy Hill
P O Box 470605
Fort Worth, TX 76147

Richard Hill
4047 Glenridge Rd
Dallas, TX 75220

Lisa Hluza
13118 Plumwood Drive
Cypress, TX 77429

HM Express Oilfield Transportation
6591 FM 2622
Ponder, TX 76259

Hodges Trucking Co, LLC
P.O. Box 270660
Oklahoma City, OK 73137

Gary Hodges
3103 Telegraph Rd.
Davenport, Ia 52806

Wanda Holland
2511 Bridwell
Wichita Falls, TX 76301

Bobbie Hollingsworth
3223 Burnside Dr.
San Antonio, TX 78209

William Hooke
1305 Cristina
San Jose, CA 95125

Shirley Ann Hooker
1190 N. 4220 Rd
Hugo, OK 74743

Hattie Hopkins
1700 N Tully Rd., Apt. A144
Turlock, CA  95380-6817

Linda Horton
4812 Moselle Drive
Arlington, TX  76016

Howell Pope Hale, II
Trustee of the Howell Pope Hale, II Trust
13852 FM 2276N
Kilgore, TX  75662

Pamela Howell
6224 South Ridge Rd
Fort Worth, TX  76135

H-S Minerals and Realty, Ltd
P O Box 27284
Austin, TX  78755-2284

John Huff, III
3701 Hunters Creek Rd.
Edmond, OK  73003-3567

Hurd Oil Field Service, Inc
P.O. Box 728
Jacksboro, TX 76458

ICAP Resources Corp.
4925 Greenville Ave.
Dallas, TX  75206

Myron Ice
4312 Bellaire Dr South 103
Fort Worth, TX  76109

Theron Ice
1101 S. Bowen Rd
Arlington, TX  76013

Ina Bea Jameson Trustee
Wm Blake Jameson & Ina B. Jameson Rev. Living Trust
4025 Alderbrook Lane
Roanoke, TX  76262-3317

Industrial Outfitters Inc.
P.O. Box 6838
Abilene, TX 79608

Eli Ingersoll,
422 Sharon Goshen Tpke
West Cornwall, Ct  6796

Inspection Oilfield Services
P.O. Box 660919
Dallas, TX 75266-0919

Internal Revenue Service
Special Procedures-Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Inwell Inc.
504 Spring Hill Dr, Ste 300
Spring, TX 77386

J J Meeker, Robert W Debolt, Mimi Atwood
J Wade Meeker & L H Meeker, Co-Ttee
L H Meeker Trust U/W Of Edna Hill Meeker
Fort Worth, TX  76147

J&P Transport LLC
P.O. Box 459
Muenster, TX 76252

J.P. Miller Custom Work
6095 W Hwy 82
Nocona, TX 76255

J.R. Thompson, Inc.
3500 N. Grand Ave
Gainesville, TX 76240

JA Oilfield Manufacturing, Inc
P.O. Box 95545
Oklahoma City, Ok 73143

Jack H. Thompson Family Royalty Trust
Jack H. Thompson, Trustee
P.O. Box 1444
Fredricksburg, TX  78624

Kathleen Jackson
7408 Glenshannon Circle
Dallas, TX  75225

Jacob A Warnock, Inc
P.O. Box 9285
Wichita Falls, TX  76308

Jacob Warnock
4407 Bee Cave Rd., Ste. 421
Austin, TX 78746

Melinda Jaeger
13848 Methuen Green
Dallas, TX  75240

James T. Koch Family Trust
P. O. Box 1600
San Antonio, TX  78296

Lawrence Jameson
4025 Alderbrook Lane
Fort Worth, TX  76262

Norman Jameson
1216 W. Lee
Kingsville, TX  78363

Jandon Ltd
P.O. Box 610
St Jo, TX  76265

Janice Welker Schuman GST Exempt Trust
1420 East Sigsbee
Salt Lake City, Ut  84103

Jeanette Janke
511 Cardinal Lane
Bellville, TX  77418

Jaycar Energy Group LLC
P.O. Box 15110
Odessa, TX 79768

JBL Resources, LLC
5250 Northland Dr. NE
Grand Rapids, MI  49525

JD Minerals
P.O. Box 271120
Corpus Christi, TX  78427-1120

Jems Royalty, LP
P O Box 4887
Wichita Falls, TX  76308

Jexas Resources, LLC
P O Box 9285
Wichita Falls, TX  76308

Jim Looney Welding
518 Faulkner Rd
Sunset, TX 76270

Edgar Johnson
865 Lander Ave., Apt. 204
Turlock, CA  95380

Karen Johnson
6361 FM 455
Montague, TX  76251

Stephanie Johnson
75 Gabe Rd.
Greensburg, Ky  42743

Donald Jonas
2232 N. Christy St
Pampa, TX  79065

Koni Jones
P.O. Box 1291
Bowie, TX  76230

Peggy Sue Jones
3409 Tahitian Ct
Granbury, TX  76048-6120

Joseph Warnock
4407 Bee Cave Rd., Ste. 421
Austin, TX 78746

JT Larkin Service & Float Equip, Inc.
P.O. Box 1592
Weatherford, TX 76086

J-W Power Company
P.O. Box 970490
Dallas, TX 75397-0490

K Tech Energy Services
2436 S 1-35 E., Ste. 376, 202
Denton, TX 76205

Herma Jo Kays
P.O. Box 476
Frisco, TX 75034

Leslie Kemp
6227 Reiger Ave
Dallas, TX 75214

Janie Kesey
321 Body Rd.
Bowie, TX 76230-4843

Key Energy Services, Inc
P.O. Box 4649
Houston, TX 77210-4649

KHN Resources, Inc
P.O. Box 731986
Dallas, TX 75373-4772

Barbra Kieschnick
19121 Norwood Drive
Princeton, IL 61356

Suzanne Kinnebrew
9892 E. Pinewood
Englewood, CO 80111

Nan Kirkendahl
237 Orangeburg Dr.
Orangeburg, SC  29115

Hazel Kleimeyer
4289 E. Chaparosa Way
Cave Creek, AZ   85331

Kenneth Klement
8857 FM 1198
Gainesville, TX  76240

Leon Klement
2762 FM 2739
Muenster, TX  76252

Melinda Klement
1029 Cr 388
Muenster, TX  76252

Robert Klement
12597 FM 1630
Muenster, TX  76252

Ronald Klement
c/o Leon Klement
2762 FM 2739
Muenster, TX  76252

Marie Knox
1321 Muenster Road
Forestburg, TX  76239

Glen Korff,
3805 Longwood Ave.
Boulder, Co  80305

John Kozelski, Jr.
11 Aintree Road
Towson, Md, Md  21286

Katherine Kozelski
11 Aintree Road
Towson, Md  21286

Lauren Kozelski
98 Bridge Street
Henniker, Nh  3242

Kramer Mineral Trust II|
Timothy C. Kramer, Co-Trustee
P.O. Box 8545
Wichita Falls, TX  76307

Krats, LLC
928 Hillside Ct
Bedford, TX  76022

Robert Krueger
1182 E. Altadena Dr
Altadena, CA  91001

Kyle Erwin Construction LLC
P.O. Box 643
Boyd, TX 76023

L&L Resources, Inc
P.O. Box 731986
Dallas, TX  75373-1986

L&R Tank Trucks, Inc
P.O. Box 62
Bowie, TX 76230

Marolyn Lampman
1927 Shadow Forest Dr
Katy, TX  77494-1810

Scott Langan
30 Terrace Place
San Antonio, TX  78230

Lynda Langston
315 Rosedale
Gainesville, TX  76240

Las Cruces, Ltd
2004 Berkeley Dr
Wichita Falls, TX  76308

Louise Lasater
1605 Vallejo Dr.
Modesto, CA  95355

Roy Lawler, Jr.
Unknown

Roy Lawler
P.O. Box 386
St. Jo, TX  76265

Lawson Products
P.O. Box 809401
Chicago, IL 60680-9401

Cindy Lehman
23722 Shadow Creek Ct.
Katy, TX  77494

Lesh-Thompson Family Limited Partnership
P.O. Box 341421
Austin, TX  78734

Leslie Lynn Wood, Trustee
under the Leslie Lynn Wood Investment Trust
1201 Boyd Drive
Irving, TX  75061

Jeffrey Levine
15625 Preson Road
Dallas, TX  75248

Marsha Levine
5200 Keller Springs Rd.
Dallas, TX  75248

Wilma Levine
7710 Lake Vista Ct.
Lakewood Ranch, Fl  34202

Lewis-Stuart LP
705 8th Street
Wichita Falls, TX  76301

Mike Lidell
14313 N May Ave., Ste. 100
Oklahoma City, OK  73134

Life Estate of Harold Lavelle Smith
Unknown

Light Tower Rentals
2330 East 1-20 South Service Road
Odessa, TX 79766

Log Analysis Solutions, LLC
P.O. Box 11063
Midland, TX 79702

Lone Star Hydrostatic, LLC
5678 St Hwy 59N
Bowie, TX 76230

Harold Looney
4053 C.R. 423
Grandview, TX  76050

Louis France Hale, Jr.
Trustee of the Louis France Hale, Jr. Trust
3919 CR 176E
Kilgore, TX  75662

Wanda Luiz
151 7 Hamilton Ave.
Modesto, CA  95350

Betty Lyell
5746 Brentwood Meadows Cr.
Brentwood, Tn  37027

Esther Maddox
6103 104th Ave. Ne
Kirkland, Wa  98033

Marie McCollum TUW
Wells Fargo Bank, N.A.
750 E. Mulberry Ave.
San Antonio, TX  78212

Mary Markgraf
3613 Becker Dr.
Madison, Wi  53704

Martha Anne Hale Deen
Trustee of the Martha Anne Hale Deen Trust
13518 FM 2276N
Kilgore, TX  75662

Catherine Martin
793 North Jersey
Denver, Co  80220

James Martin
1508 Apache Street
Arlington, TX  76012

Lucie Martin
P.O. Box 442
St. Jo, TX  76265

Marvin Brashear Trust
Bobby Brashear, Jr., Trustee
P.O. Box 41
Bowie, TX  76230

Mary V. Gray TUW
Wells Fargo Bank, N.A.
750 E. Mulberry Ave.
San Antonio, TX  78212

Master Vac Industrial Services, LLC
P.O. Box 137
Geismar, La 70734

Gregory Matthews
3709 Colony Club Ct.
Arlington, TX  76016

Pamela Maurice
2100 Cardinal Ln.
Fort Worth, TX  76111

Sharon Maxey
P.O. Box 102
Chilton, TX  76632

Dixie Mayfield
Unknown

McAlister Royalties LLC
P O Box 1488
Midland, TX  79702

Cadmus McCall III
P.O. Box 118826
Carrollton, TX  75011

Holly McCall
P.O. Box 607
Nocona, TX  76255

John McCall
411 Fountainview Drive
Irving, TX  75039

Robert McCall
1015 Bull Run St.
Denton, TX  76209

Spears McCaskill, Jr.
J.B.C. SJO 9863, Box 208508
Miami, FL  33102

Max McClellan
1928 Westview Terrace
Arlington, TX  76013

McClinton Energy Group, LLC
P.O. Box 123411
Dallas, TX 75312-3411

James McCollister, IV
26415 North 41st Street
Phoeniz, AZ   85050

Jeanette McCollister
7329 Reserve Creek Drive
Port St. Luci, Fl  34986

Linda McCommas
344714 E. 830 Rd
Agra, OK  74824

William McGann, Jr.
4228 S. Peachtree Road
Balch Springs, TX  75180

Melody McGann
9696 Walnut St.
Dallas, TX  75248

Billie Sue McIntosh
1527 E 17th
Big Spring, TX  79720

Archie McMahan
1509 Raborn Dr.
Bowie, TX  76230

Clyde McMahan
1725 Minter Ln
Abilene, TX  79603-4223

Felicia McMahan
1221 Bryan St.
Benbrook, TX  76126

Harriet McNabb
6631 Harley St.
Riverside, CA  92506

David McNeil
4478 4th Street
Riverside, CA  92501

Jeb McNew
129 Conejos Drive
Nocona, TX  76255

Franklin Meador
Unknown

William Meador
P.O. Box 445
St. Jo, TX  76265

Candice Metcalf
10811 Eagle Court
Benbrook, TX  76126

MI SWACO
P.O. Box 732135
Dallas, TX 75373-2135

Michael E and Deborah R Fenoglio Trust
3109 East Ohio Way
Denver, CO  80209

Michael Lee Dillon, Trustee U/W/O Frances Dillon Savage
4414 Jeff Davis St.
Marshall, TX  75672

Mike Krebbs Construction
16561 E, State Hwy 31
Quinton, OK 74561

Milam Sons Minerals LLC
P.O. Box 26
Chelsea, OK  74016-0026

J. Thomas Miller
3883 Turtle Creek Blvd.
Dallas, TX  75219

Jerry Miller
29 Village
Canyon, TX  79015

Mary Mindel
3250 Blackwood Pl.
Colorado Springs, Co  80920

Mattie Mixon
P.O. Box 1185
Bowie, TX  76320

Mobile Thrones LLC
P.O. Box 442
Jacksboro, TX 76458

Jeannine Moffet
7520 Walnut Hill Ct.
Fortworth, TX  76148

Montague Cad
P O Box 121
Montague, TX 76251

Montague County Judge & Successors
Cause 2012-0183m-CV Tommie Sappington
For Sue Byas Kingsley
P. O. Box 475
Montague, TX 76251, TX  76251

Montague County Judge & Successors
Cause 2012-0181-CV v. L. Smith & Unknown Heirs
P. O. Box 475
Montague, TX  76251

Montague County Judge & Successors
Cause 2012-0315m-CV Brim v. R. J. Company
P. O. Box 475
Montague, TX  76251

Montague County Judge and Successors
Cause 2012-0183m-CV David Michael Little & Nancy Jean Little
P. O. Box 475
Montague, TX  76251

Montague Resources LLC
P.O. Box 71
Montague, TX  76251

Montague Transer Partners LLC
PO Box 302380
Austin, TX 78703

Mop Resources, LLC
309 W. Seventh Street
Fort Worth, TX  76102

Sharon Morgan,
825 Wayne Trail
Azle, TX  76020

Morrison Supply Company
P O Box 70
Fort Worth, TX 76101-0070

E. W. Morrison, III
Unknown

Roger Moschetti
19880 Holstein
Redding, CA  96002-9601

Bill Moss
Unknown

James Moss
Unknown

Matt G. Muehlberger
705 8th Street, Suite 400
Wichita Falls, TX  76301

Scott Muehlberger
705 8th St., Ste 400
Wichita Falls, TX  76301

Multi-Chem Group LLC
P.O. Box 974320
Dallas, TX 75397-4320

Mike Murphy
376 Morning Dove
Lorena, TX  76655

Terry Murphy
3351 Old Bethany Road
Moody, TX  76557

Nabors Completion & Production Services
P.O. Box 975682
Dallas, TX 75397-5682

Nabors Drilling USA, LP
P.O. Box 973527
Dallas, TX 75397-3527

Nalco Company
P.O. Box 730005
Dallas, TX 75373-0005

Namanny Management Venture One, LLC
8713 Airport Freeway Suite 110
North Richland Hills, TX  76180

Nancy S. Rettig
Trustee of Nancy Rettig Trust
Sarah Williamson, Accountant
5646 Milton
Dallas, TX  75206-3927

Natural Gas Services Group Inc
508 West Wall Street, Ste 550
Midland, TX 79701

Robert Neal (S)
3505 Corinthian Ct
Arlington, TX  76016

Cynthia Neal
15415 FM 713
Rosanky, TX  78953

Robert Neal
3505 Corinthian Ct
Arlington, TX  76016

Rosa Neels
2357 Neels Rd.
Bellevue, TX  76228

Nancy Newhouse
25 Ridgefield Road
Winchester, MA  1890

Nexus Oil Tools
300 State Highway114
Bridgeport, TX 76426

Virginia Nixon
30353 Starling Drive
Stoutland, MO  65567

Glynn Nobile
P.O. Box 1364
Bowie, TX  76230

Louis Nobile
201 Prairie Street
Nocona, TX  76255

Lynn Nobile
2105 Nobile Rd
Nocona, TX  76255

Nortex Communications
P.O. Box 587
Muenster, TX 76252

Nortex Royalty Land Trust
c/o Wells Fargo Bank SAO
P.O. Box 40909
Austin, TX  78704

Nottus Energy Resources
P.O. Box 22
Wichita Falls, TX 76307

David Nunley
430 Orchard St
San Antonio, TX  78220

Oconee Limited Partnership
2828 Routh St.
Dallas, TX  75201

Office of the United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Office of the United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

Office of The United States Trustee
903 San Jacinto Blvd. Suite 230
Austin, TX  78701

Ok Supply LLC
P O Box 37
Davenport, Ok 74026

Orr Construction, Inc.
P.O. Box 268984
Oklahoma City, Ok 73126

Robert Osmond
14241 Se 83rd Street
Newcastle, WA  98059

John Palumbo,
10175 Fortune Pkwy
Jacksonville, TX  32256

Barbara Parker
7025 Havenridge Ln.
Kaufman, TX  75142

James Parker
5222 Bellefontaine Dr
Arlington, TX  76017

Mary Ann Parker
2318 Country Hollow
Garland, TX  75040

Karen Parma
9810 Charmont Rd.
Laporte, TX  77571

Patterson Family Living Trust
948 Wiggins Parkway
Mesquite, TX  75150

Bruce Payne
Unknown

PCS Ferguson Inc
P.O. Box 732131
Dallas, TX 75373-2131

Peak Oilfield Services
P.O. Box 203997
Dallas, TX 75320-3997

Pecos Bend Royalties, LLP
P O Box 2802
Midland, TX  79702

Donna Perkins
4518 Taft Blvd
Wichita Falls, TX  76308

Carolyn Perryman
440 Independence Pkwy
Plano, TX  75075

Gary Perryman
1334 Muenster Rd
Forestburg, TX  76239

Jennifer Perryman
2504 Waltham Dr.
Grapevine, TX  76051-7130

Linda Peterson Nix
Unknown,

Robert Peterson, Jr.
Unknown,

Susan Pettigrew
543 County Road 148
Gainesville, TX  76240

Helen Petty
8001 Mimosa Dr
North Richmond Hills, TX  76180

Carolyn Phillips
1524 West Kildare
Lancaster, CA  93534

Alice Pilcher
4609 Leonard
Vernon, TX  76384

James Pilcher
4609 Leonard
Vernon, TX  76384

Larry Pilcher
101 Casa
Haughton, LA  71037

Natalie Pilcher
4322 Barbara Rd.
Fort Worth, TX  76114

Richard Pilcher
1125 Hidden Hills Dr.
Corsicana, TX  75110

Roger Pilcher
4114 Bismark
Vernon, TX  76384

Viva Pilcher
1997 Forest Ridge  Dr.
Bedford, TX  76021-1841

Wade Pilcher
12271 64 50 Rd.
Montrose, Co  81402

Pioneer Fishing and Rental Services LLC
P.O. Box 202561
Dallas, TX 75320-2561

PLPS Inc.
P.O. Box 700
Pearland, TX 77588

Tim Plumlee
P.O. Box 879
Gainesville, TX  76241

Vickie Plunkett
1798 San Bernardino Ave.
Mentone, CA  92359-1133

Polk Operating, LLC
P.O. Box 1271
Bowie, TX 76230

Mike Pool
203 Adams
Royce, TX  75189

Kenneth Precise
P. O. Box 3671
Victoria, TX  77903

Mary Precise
5007 Dull Knife Dr.
Austin, TX  78759

Premier Chemical & Oilfield Supply
P.O. Box 42
Calumet, Ok 73014

Pro Directional Enterprises Inc
P.O. Box 677457
Dallas, TX 75287-7457

Pumpco Energy Services Inc
P.O. Box 202295
Dallas, TX 75320-2295

Pumpernickel, L.P
c/o Farmers National Co.
P.O. Box  348D
Omaha, NE  68103-0480

Charles Pyles
137 Gregory Ln.
Modesto, CA  95354

Curry Pyles
4816 Clover Ave
Atwater, CA  95301

Reba Pyles
822 Drummond Dr.
Arlington, TX  76012

Quinn Pumps
P.O. Box 677347
Dallas, TX 75267

Ashley Radtke
311 W Concord
Fort Wayne, IN  46809

Anna Rainbolt
Unknown

Ram Rod Trucking Inc
3009 Hohl St
Houston, TX 77093

Randal Winfery
4407 Bee Cave Rd., Ste. 421
Austin, TX 78746

Deborah Ray,
5425 Larimore Ln
Dallas, TX  75236

Kate Ray
8442 McAdniel Rd.
Fort Worth, TX  76126

Norma Reed
5218 South Theresa Drive
Denison, TX  75020

Lillian Reeder
1605 Vallejo Dr.
Modesto, CA  95355

Regions Bank, Trustee
Lee H, Vaughan Testamentary Trust 3
333 Texas Street -Lash30205T
Shreveport, LA  71101

Vicki Reid
709 Valley Ct
Royce City, TX  75189

Rental Xpress LLC
P.O. Box 181140
Corpus Christi, TX 78480

Richard Perkins
159 Cactus
Decatur, TX 76234

Harold Richter
4909 Camino Valle Trl NW
Albuquerque, NM  87120

Ring Central
1400 Fashion Island Blvd, 7th Fl
San Mateo, CA 94404

Ashley Roan
8132 Bridgeway Circle, Apt 3b
Fort Wayne, In  46816

Tracey Robbins
P.O. Box 482
Bowie, TX  76230

Rebecca Roberson
638 Flamingo Way
Duncanville, TX  75116

Robert H. Rucker Revocable Trust
352 Wewoka Dr
Norman, OK  73071

Joe Roberts
9014 Bernard Road
Sanger, TX  76266

John Roberts
P. O. Box 1225
Albuquerque, Nm  87103

Joseph Roberts
5104 Pemberton Lane
The Colony, TX  75056

Michael Roberts
563 Morrison Road
Howe, TX  75459

Annie Robinson
P. O. Box 475
Bowie, TX  76251

Rod's Production Services, LLC
P.O. Box 708
Joshua, TX 76058

ROEP, Inc
P.O. Box 360
Nocona, TX 76255

Jo Rogers
800 South Austin
Plainview, TX  79702

Rosemary Storey Harris, Trustee of the James F. Harris
312 Clark Street
Nocona, TX  76255

Francine Rowe
109 W. Anderson
Electra, TX  76360

Rowen Enterprises LLC
P.O. Box 1019
Graham, TX 76450

Melvin Rushing
7520 Walnut Hill Ct.
Fortworth, TX  76148

Cheryl Russell
9911 Woodlake Dr
Dallas, TX  75243-4921

Peggy Russell
151 W. Pleasant St.
Santa Paula, CA  93060-1524

Barbara Ryckebosch
44857 Harlas Ave
Lancaster, CA  93534

Sally Welker Vernon GST Exempt Trust
3725 Inwood Dr.
Houston, TX  77019

Sherry Saloom
514 Bethel Church Rd.
Ligonier, Pa  15658

Betty Salter,
743 East Minarets Ave
Fresno, CA  93720

Bernard Sandmann
1809 Skyline Dr
Sherman, TX  75092

Dolores Sandmann
1609 Hueco Mountain Road
Round Rock, TX  78664

Henry Sandmann
430 Triangle Road
Valley View, TX  76272

James Sandmann
606 N Elizabeth St
Lindsay, TX  76250

John Sandmann
P. O. Box 41
Lindsay, TX  76250

Leo Sandmann
5845 Seven Rivers Highway
Artesia, Nm  88210

Linda Sandmann
2055 Cologne Drive
Carrolton, TX  75007

Max Sandmann
5328 Roberta Dr
N Richland Hills, TX  76180

Nick Sandmann
P. O. Box 218
Lindsay, TX  76250

Clifford Savage
13906 Hunters Hawk St.
San Antonio, TX  78230

Clifford Savage
761 Hunters Glen
Rockwall, TX  75032

Jimmie Savage
1909 Helts Haven
Edmond, OK  73034

John Dee Savage,
10790 Ridgeview Ave.
San Jose, CA  95127

Lavada Savage
140 Beech Dr.
Ligonier, Pa  15658

Mary Savage
152 San Benito Street
Watsonville, CA  95076

Raymond Savage
504 North Ave X
Lamesa, TX  79331

SBR Partners, LLC
18001 NE 76th St.
Redmond, WA  98052

Kenneth Schaake
907 Fawnway
San Antonio, TX  78260

Ruth Schaefer
201 Mcdermott St
Deer Park, TX  77536

Schlumberger Technology Corporation
P.O. Box 732149
Dallas, TX 75373-2149

Ethel Schmidlkofer
2671 FM 678
Gainesville, TX  76240

Kathleen Schroeder
P. O. Box 70
Lindsay, TX  76250

Ruth Schwab
4604 Fieldstone
Austin, TX  78735

Justine Schwartz
422 Sharon Goshen Tpke
West Cornwall, CT  6796

Scott Brothers Holdings LLC
7104 45th St
Chevy Chase, Md  20815

Barbara Scott
829 Lee Street
Bedford, TX  76022

Dennis Scott
3605 W Holiday Estates Ct
Granbury, TX  76049

Patricia Sculley
7721 Briarcliff Ct.
North Richland Hills, TX  76182

Dona Seay
P. O. Box 643
Trinidad, Co  81082

Securities & Exchange Commission
100 F St. NE
Washington, DC 20549

Sercel-GRC Corp
P.O. Box 974430
Dallas, TX 75397-4430

Penney Shipley
447 Hitching Post Rd.
Grants Pass, Or  97526

Shannon Shirley
Rr 1, Box 89e
Mill Creek, OK  74856

Hope Shockely
1721 North Canary Dr.
Edmond, OK  73034

Eva Shockley
1402 West Swan St.
Stephenville, TX  76401

Harold Shockley
651 Cr 288
Gustine, TX  76455

Lena Shockley
2015 Pearl Ave.
Wichita Falls, TX  76301

Michael Shults
2100 Grace
Big Spring, TX  79720

Ronald Shults
5104 Wasson Rd.
Big Spring, TX  79720

Stanford Shults
3903 Hamilton
Big Spring, TX  79720

Silver Spur Resources, LLC
P.O. Box 54342
Hurst, TX  76054

Skinner Tank Trucks, Inc
Box 353
Nocona, TX 76255

Smartt Move LLC
P.O. Box 498
Sweetwater, TX 79556

Gina Smith
P. O. Box 808
Wolfforth, TX  79382

H. Smith
1415 Butte Street
Green River, WY  82935

Jack Smith
5005 Della Dr.
Wichita Falls, TX  76302

Jimmy Smith
179 Merritt Road
Bowie, TX  76230

Julia Smith
1820 Greenway Dr
Plano, TX  75075

Guy Sneed
12455 E. 100th St. North
Owasso, OK  74055

Snow Spence Green LLP
Attn: Holly C. Hamm
2929 Allen Parkway
Suite 2800
Houston, TX 77019

Snow Spence Green LLP
Attn: Kenneth Green
America Tower
2929 Allen Parkway, Suite 2800
Houston, Texas 77019

Snow Spence Green LLP
Attn: Phil Snow
America Tower
2929 Allen Parkway, Suite 2800
Houston, Texas 77019

Southwestern Pump & Equipment
4200 Henry S. Grace Freeway
Wichita Falls, TX 76302

Spice Resources, Ltd
23501 Cinco Ranch Blvd., Suite H210
Katy, TX  77494

SPL
P.O. Box 842013
Dallas, TX 75284-2013

Stabil Drill
P.O. Box 81547
Lafayette, LA 70598

Staley Business Partnership, Limited
P. O. Box 810
Wichita Falls, TX  76307

Delia Staley Crossley
5646 Milton
Dallas, TX  75206

Staley Property Co., Limited
P. O. Box 810
Wichita Falls, TX  76307

James Staley, II
P. O. Box 810
Wichita Falls, TX  76307

Jack Staley
P. O. Box 810
Wichita Falls, TX  76307

Joe Staley, Jr.
P. O. Box 810
Wichita Falls, TX  76307

Linda Stallcup
2189 Sandown
Lawrenceville, GA  30043

Stark Transportation, Inc.
P.O. Box 504
Magnolia, TX 77353

Charles Steadham
100 Dry Valley Rd
Forestburg, TX  76239

Eleanor Steadham
P.O. Box 105
Forestburg, TX  76239

Elena Stephens
2003 Ferndale Ave
Dallas, TX  75224

Steveco Trust
George Joseph Stevenson, Trustee
P.O. Box 26
Chelsea, OK  74016-0026

Roy Stewart
982 FM 920
Bridgeport, TX  76426

Carolyn Stokes
600 Magnolia St
Pampa, TX  79065

James Storey
889 Storey Road
Nocona, TX  76255

Robert Storey
16930 F.M. 103
Nocona, TX  76255

Roxanne Storey
4304 Fairway Dr
Carollton, TX  75010

Suzanne Storey
410 Red River
Nocona, TX  76255

William Storey
305 Paris Street
Nocona, TX  76255

Strategic Energy Income Fund I LP
c/o U. S. Energy Development Corporation,Its General Partner
2350 North Forest Rd.
Getzville, NY   14068

Strategic Energy Income Fund II  LP
c/o U. S. Energy Development Corporation, Its General Partner
2350 North Forest Rd.
Getzville, NY   14068

Successors to the Nancy Huff Gallagher Trust
Unknown

Joe Summers
3359 W. 114th Circle
Westminister, Co  80031

Robert Summers
P.O. Box 305
Creede, CO  81130

Susan Hughes
District Clerk of Cooke County
100 S Dixon St.
Gainesville, TX  76240

Susan Hughes, Districk Clerk Cooke County
Case 08-00437 Def Thomas J King
101 S. Dixon, Rm. 207
Gainesville, TX  76240

Edith Sutton
1901 E. Seminary Drive,
Fort Worth, TX  76119

Sweco
P.O. Box 123411, Dept 3411
Dallas, TX 75312-3411

James Tadlock
11543 Friendship Rd
Pilot Point, TX  76258

Polly Tadlock
P.O. Box 476
Frisco, TX  75034

Cecil Tage
819 Grace Lane
Humble, TX  77338-4840

Tanglewood Oilfield Services, LLC
P.O. Box 1536
Decatur, TX 76234

Tank 1 Services, LLC
14633 Spid, Ste 105
Corpus Christi, TX 78418

Frank Taylor
P. O. Box 475
Bowie, TX  76251

Mary Taylor
P. O. Box 979
Silver Springs, Nv  89429

Celia Jan Tenery
4830 Crooked Lane
Dallas, TX  75229

Terah Janice Inman as Independent Executrix
2700 W County Rd. 112
Midland, TX  79706

Terry L. Toole 2002 Trust
P. O. Box 1447
Shawnee, OK  74802

Tervita LLC
P.O. Box 840730
Dallas, TX 75284-0730

Texas Energy Associates, Ltd
P. O. Box 9289
Wichita Falls, TX  76308

Texas Mutual Insurance/Barnard Insurance Group
1100 8th Street
Wichita Falls, TX 76301

The AWP 1983 Trust
AWP 1983 Trust
Houston, TX  77098

The Earl V. Tessem Management Trust
Steven Tessem, Trustee
3500 Fairmont St.
Dallas, TX  75219

The Estate of H. P. Kirkpatrick, Deceased
Unknown

The McCall Family Trust
P.O. Box 118826
Carrollton, TX  75011

The Nancy Puff Jones Trust
Dorothy Jean Hill, Sole Trustee
Ft. Worth, TX  76147

The Thomas Hill Puff Trust
Dorothy Jean Hill, Sole Trustee
Fort Worth, TX  76102

The Unknown Heirs of James Elmer Bowen
Unknown

The Unknown Heirs of Marguerite Gallagher
Unknown

The Unknown Heirs of Wanda Lou Brock Davidson
Unknown

The Walker B Comegys, Jr. Family, LLC
120 Morris Ave.
Providence, RI  02906-2427

Thomas Hodges
Trustee of the Blt Hodges Property Trust
3932 Sagamore Hill Ct.
Plano, TX  75025-2015

Thomas Tools
1200 Enclave Parkway, Mail Drop 417
Houston, TX 77077

Pam Thomas
1309 Honor Drive
Desoto, TX  75115

Charles Thompson
2821-A Alta Mere Dr
Fort Worth, TX  76116

Gaylon Thompson
10272 FM 1630
Forestburg, TX  76239

Wendell Thompson
303 E. Evans St
Saint Jo, TX  76265

Amanda Tidwell
1120 Wayne St.
Fort Worth, TX  76117

Darlene Tompkins
4941 Bolero Court
Fort Worth, TX  76135

Robin Trause
39 Carley Ave.
Huntington, NY   11743

Travelers/Barnard Insurance Group
1101 8th Street
Wichita Falls, TX 76302

Terra Trent
1013 Parkview Drive
Durant, OK  74701

Triton Ep, LLC
309 W 7th St., Suite 705
Ft Worth, TX  76102

Sheri Troup
400 Allendale Street
Colleyville, TX  76034

Trustee of the Vilesco Trust
Unknown

TTEE JJ Meeker Trst U/W Edna H Meeker
1080 Marina Village Pkwy
Alameda, CA  94501

Tugman, Barbara
159 Christopher Ct.
Boone, NC  28607

U.S. Energy Development Corporation
Attn: Ryan Holbrook, Corporate Counsel
2350 North Forest Rd.
Getzville, NY 14068

Rose Ulbig
11441 State Highway 59 N
Montague, TX  76251

Unknown  Bowie Wingate
Unknown

Unknown Heirs of Joy "Joe" Stevens Pilcher
Unknown

Unknown Trustee for Kay C. Dobbs/Kay C. Dobbs
2321 Hunters Ridge Drive
Irving, TX  75063

US Energy Development Corp
Attention: Michelle Peterson
Getzville, NY   14068

Utah Oblio Jared Ingersoll
402 Graham Ave.
Brooklyn, NY   11211

Valentis Investors, LLC
411 W Putnamave.
Greenwich, Ct  6830

William Van Wyk, III
P.O. Box471303
Fort Worth, TX  76308

Joe Vann
10841 Cr 348
Abilene, TX  79601

Varel International, Inc
P.O. Box 201900
Dallas, TX 75320-1900

Helen Vassar
513 Mulberry Street
Teague, TX  75860

Iris Vaughn
3309 Steeplechase Trl.
Arlington, TX  76016

Verizon Wireless
P.O. Box 4001
Acworth, GA 30101

Vicars O&G Investments, Lp
11886 F.M. 1288 South
Bowie, TX  76230

Bennett Vig
5309 Meadow Crest Dr
Dallas, TX  75299-3026

Matthew Vig
2828 Routh St.
Dallas, TX  75201

Peter Vig
2828 Routh St.
Dallas, TX  75201

Philip Viles, Jr.
3534 East 74th Street
Tulsa, OK  74136

Virginia Schilz Revocable Trust
c/o Frost Bank
P. O. Box 1600
San Antonio, TX  78296

Vision Oil Tools
P.O.Box 4988
Houston, TX 77210-4988

VMGS Family Trust
c/o Robyn Petty
2924 Baybreeze Drive
Little Elm, TX  75068

Vozeh Inc
6653 York St
Fort Worth, TX  76132

VW Ventures LLC
P.O. Box 9285
Wichita Falls, TX  76308

W&M Payne Family Partners I, Ltd.
P.O. Box 298
St. Jo, TX  76265

Margitta Waldie
127 Rainbow Dr., 2718
Livingston, TX  77399

Adrian Walker
2406 Linwood Rd
Temple, TX  76502

Emilyn Walker
4737 Kinglet
Houston, TX  77035

Stephen Walker
1580 Monterey Rd
Seal Beach, CA  90740

John Walter
6116 N. Central Expressway 313
Dallas, TX  75206

Karen Walter
6116 N. Central Expressway 313
Dallas, TX  75206

Julian Walterscheid
6779 County Road 341
Muenster, TX  76252

Linda Lee Ward
P O Box 48834
Watauga, TX  76148

Jacob Warnock
4407 Bee Cave Road, Ste 421
Austin, TX 78746

Joe Warnock
4407 Bee Cave Road, Ste 421
Austin, TX 78746

Watkins Metal Fabrication Inc
P.O. Box 1268
Mineral Wells, TX 76068

Holly Watson
4228 S. Peachtree Road
TX, TX  75180

WBH Energy Partners LLC
4407 Bee Cave Rd, Ste 421
Austin, TX 78746

WBH Energy Partners LLC
P.O. Box 302380
Austin, TX  78703-0040

WBH Energy, LP, WBH Energy Partners, LLC
WBH Energy GP, LLC
Attn: Joe Warnock
4407 Bee Cave Rd. Suite 421
Austin, Texas 78746

Rosemary Wear
1521 East Oak Ave.
Lompoc, CA  93436-3710

Weatherford US, LP
P.O. Box 301003
Dallas, TX 75303-1003

Ruth Weaver
3128 Carroll Circle
Plano, TX, TX  75023

Webb, Patricia
Unknown

Lewis Webb
1312 Sherry Ln
Early, TX  76802

Lewis Webb
1312 Sherry Ln
Early, TX  76802

Willard Webb
1795 Aurelia School Rd
Nocona, TX  76255

Weger Brothers, Ltd
P. O. Box 620
Saint Jo, TX  76265

Eula Wells
4260 Larson St.
Olivehurst, CA  95961

West Fork Enterprises, Inc
259 CR 1510
Bridgeport, TX 76426

Michael Whaley
4708 Rivera Ct.
North Richland Hills, TX  76180

White Star Energy Inc
P O Box 51108
Midland, TX  79710

Carol White
18237 Mill Spring Court
Leesburg, Va  20176

Mary White,
415 N. Grand St.
Montague, TX  76251

Betty Whitley
228 Ash Street
Lewisville, TX  75057

James Whitley
7309 Silver Lake Dr
Rowlett, TX  75089

Randy Whitmore
715 North Mill Street
Lewisville, TX  75057

Dani Wig
2107 Van Hook Court
Arlington, TX  76103

Chris Wiggs
2739 Villanova Ct.
Longmount, Co  80503

Michael Wiggs
16 Spring Mount Ave.
Luther, OK  73054

Pat Wiggs
7925 Nw 83rd St
Oklahoma City, OK  73132

Wilbur L. Thompson Family Royalty Trust
P. O. Box 728
Corsicana, TX  75151

William Denman Hale
Trustee of the William Denman Hale Trust
3910 CR 176E
Kilgore, TX  75662

William E. Patterson and Linda F. Patterson Living Trust
5860 Marview Lane
Dallas, TX  75227

Arthur Williams
11188 Lakeside Drive
Mabank, TX  75156-8092

Billie Williams
810 Bennet Dr.
Bowie, TX  76230

Williams, Holly
Unknown

John Williams
4247 FM 372
Gainesville, TX  76240

Neil Williams
2102 River Ridge Rd.
Arlington, TX  76017

Stephanie Williams
1014 Young Street
Gainesville, TX  76240

Linda Willis
838 Greer Road
Sadler, TX  76264

Wills Oil Company
P. O. Box 4484
Wichita Falls, TX  76308

Shirley Wilson Bray
1200 Armistead Rd
Fort Smith, AZ   72916

Donna Wilson McLean
2409 E Highway 96
Lavaca, AZ   72941

Elsie Wilson
3913 Link Meadow Dr
Aledo, TX  76008

Hugh Wilson
Unknown

Leroy Wilson
810 Bildo St.
De Ridder, La  70634

Paulette Wilson
1822 County Road 343
Forestburg, TX  76239

Rand Winfrey
4407 Bee Cave Road, Ste 421
Austin, TX 78746

Rosemary Wingate
312 Clark Street
Nocona, TX  76255

Wise County Electric Cooperative, Inc.
1900 N. Trinity St.
Decatur, TX 76234

Wizard Family Partnership, Ltd.
5509 Lindenshire
Dallas, TX  75230

Wood Properties, Ltd.
P. O. Box 6568
San Antonio, TX  78209

Word B Wilson Investment
110 West Louisiana, Suite 200
Midland, TX  79701

Carolyn Wurzbach
149 Ne Brushy Mound
Burleson, TX  76028

Connie Yates
P.O. Box 583
Frisco, TX  75034

Janice Yates
1809 Lakewood Dr
Weatherford, TX  76087

Judy Young
2846 Mill Valley Dr.
Wichita Falls, TX  76308

Phyllis Young
8516 River Ridge Dr.
Hearne, TX  77859

Youngs Capital, Inc.
P. O. Box 467
Boyd, TX  76023

Jon Yowell
402 E. Dorothy St.
Hollis, OK  73550

Monte Yowell
3422 Highway 81 North
Bowie, TX  76230

Tommy Yowell
211 Main
Nocona, TX  76255

Zeecon Wireless
904 Main St
Marble Falls, TX 78654