UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

WBH Energy, LP

Case No: 15-10003-hcm

Chapter 11

### MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now ___Garry M. Graber___ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent U.S. Energy Development Corporation in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of)

   Hodgson Russ LLP,

   with offices at

   Mailing address: 140 Pearl Street, Suite 100

   City, State, Zip: Buffalo, New York 14202

   Telephone: 716 856-4000    Fax: 716 849-0349

   Email Address: ggraber@hodgsonruss.com

2. Since 1979, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 1344159.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| Western Dist. of NY-District & Bankr | 1979 |
| Eastern Dist of NY-District & Bankru | 5/29/1990 |
| Southern Dist of NY-District & Bankr | 5/29/1990 |
| Northern Dist of NY-District & Bankr | 7/17/1980 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
Admission to FL bar suspended for failure to pay dues as I no longer practice in FL. I am working on resolution and voluntary withdrawal.

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:
n/a

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. ◉ Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

○ Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Wherefore, Applicant prays that this Court enter an order permitting the admission of _____Garry M. Graber_____ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

[signature]
[Signature of Applicant]

Garry M. Graber
[Printed name of Applicant]

140 Pearl St, Ste 100, Buffalo, NY 14202
[Address of Applicant]

(716) 856-4000
[Telephone of Applicant]

ggraber@hodgsonruss.com
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the ____6th____

Day of ____January____ , ____2015____ .

      /s/ Garry M. Graber
[Signature of Applicant]

      Garry M. Graber
[Printed name of Applicant]

140 Pearl St., Ste 100; Buffalo, NY 14202
[Address of Applicant]

(716) 856-4000
[Telephone of Applicant]

      ggraber@hodgsonruss.com
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon those parties receiving the Court's ECF e-mail notification and on the parties on the attached service list by depositing same in the United States First Class Mail on this 6th day of January, 2015.

      /s/ Eric J. Taube
Eric J. Taube
State Bar No. 19679350
Mark C. Taylor
State Bar No. 19713225
HOHMANN, TAUBE & SUMMERS, L.L.P.
100 Congress Avenue, 18th Floor
Austin, Texas 78701
(512) 472-5997
(512) 472-5248 (FAX)
erict@hts-law.com
markt@hts-law.com

# SERVICE LIST

**DEBTORS**
WBH Energy, LP, WBH Energy Partners, LLC and WBH Energy GP, LLC
Attn: Joe Warnock
PO Box 302380
Austin, TX 78703

**DEBTORS' PROFESSIONALS**
Bracewell & Giuliani LLP
Attn: William A. (Trey) Wood III and Jason G. Cohen
711 Louisiana, Suite 2300
Houston, TX 77002

**UNITED STATES TRUSTEE**
Office of The United States Trustee
903 San Jacinto Blvd. Suite 230
Austin, TX 78701

**GOVERNMENTAL ENTITIES**
Internal Revenue Service
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Securities & Exchange Commission
100 F St. NE
Washington, DC 20549

**SECURED CREDITORS (CONSOLIDATED)**
CL III Funding Holding Company, LLC
Attn: Luke Beltnick
4600 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402

Snow Spence Green LLP
Attn: Phil Snow & Kenneth Green
America Tower
2929 Allen Parkway, Suite 2800
Houston, TX 77019

**TOP 30 UNSECURED CREDITORS (CONSOLIDATED)**
Pumpco Energy Services, Inc.
PO Box 202295
Dallas, TX 75320

Gladiator Energy Services, LLC
PO Box 162546
Austin, TX 78716

Nabors Drilling USA, LP
PO Box 973527
Dallas, TX 75397

Inwell, Inc.
504 Spring Hill Dr., Suite 300
Spring, TX 77386

Cressman Tubular Products Corp.
3939 Beltline Rd., Ste. 460
Addison, TX 75001

Halliburton Energy Services, Inc.
PO Box 301341
Dallas, TX 75303

Orr Construction, Inc.
PO Box 268984
Oklahoma City, OK 73126

Morrison Supply Company
PO Box 70
Fort Worth, TX 76101

Challenger Process Systems Co.
PO Box 731411
Dallas, TX 75373

Basic Energy Services, LP
PO Box 841903
Dallas, TX 75284

Nabors Completion & Production Services
PO Box 975682
Dallas, TX 75397

PLPS, Inc.
PO Box 700
Pearland, TX 77588

J&P Transport LLC
PO Box 459
Muenster, TX 76252

Multi-Chem Group, LLC
PO Box 974320
Dallas, TX 75397

Blowout Tools, Inc.
PO Box 62600, Dept. 1260
New Orleans, LA 70162

West Fork Enterprises, Inc.
259 CR 1510
Bridgeport, TX 76426

Energy Service Company of Bowie
PO Box 1300
Bowie, TX 76230

Key Energy Services, Inc.
PO Box 4649
Houston, TX 77210

DK Rig Movers
8755 Hwy 87 E.
San Antonio, TX 78263

SWECO
PO Box 123411, Dept. 3411
Dallas, TX 75312

Champion Technologies, Inc.
PO Box 2243
Houston, TX 77252

Weatherford US, LP
PO Box 301003
Dallas, TX 75303

Energy Oilfield Services, LLC
15425 North Freeway Suite 140
Houston, TX 77090

Gainesville Fuel, Inc.
PO Box 3445
San Angelo, TX 76902

Industrial Outfitters, Inc.
PO Box 6838
Abilene, TX 79608

Kyle Erwin Construction, LLC
PO Box 643
Boyd, TX 76023

Danlin Industries Corporation
PO Box 123420
Dallas, TX 75312

Quinn Pumps
PO Box 677347
Dallas, TX 75267

Flowco Production Solutions
2731 Spring Stuebner Rd., Ste. N
Spring, TX 77389

Crest Process Systems, Inc.
2600 Robertson Road
Tyler, TX 75701

**HOLDERS OF EQUITY INTERESTS IN DEBTORS**
Ryen Burrus
4407 Bee Cave Road, Ste. 421
Austin, TX 78746

David Henderson
4407 Bee Cave Road, Ste. 421
Austin, TX 78746

Joe Warnock
4407 Bee Cave Road, Ste. 421
Austin, TX 78746

Jacob Warnock
4407 Bee Cave Road, Ste. 421
Austin, TX 78746

Rand Winfrey
4407 Bee Cave Road, Ste. 421
Austin, TX 78746

**OTHER PARTIES IN INTEREST**
U.S. Energy Development Corporation
Attn: Ryan O. Holbrook, Esq., Corporate Counsel
2350 North Forest Rd., Suite 31B
Getzville, NY 14068

Law Offices of M. Steve Smith
Attn: M. Steve Smith
1177 West Loop S., Suite 1100
Houston, TX 77027

Spiller & Spiller
Attn: David Spiller
122 E. Belknap
Jacksboro, TX 76458