Michael L. Jones
Henry & Jones, L.L.P.
2902 Carlisle Street, Suite 150
Dallas, Texas 75204
(210 954-9700
(214) 954-9701 (facsimile)

ATTORNEYS FOR CRESSMAN TUBULAR PRODUCTS CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 15-10003** |
| | § | |
| **WBH ENERGY, LP** | § | |
| | § | **Chapter 11** |
| **DEBTOR** | | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that Michael L. Jones with the law firm of Henry & Jones, L.L.P. represents Cressman Tubular Products Corporation, a creditor and party-in-interest herein. The aforesaid attorney and law firm hereby enter their appearance pursuant to Bankruptcy Rule 9010 and request copies of all notices, pleadings, and other documents pursuant to the Bankruptcy Rules. All such notices should be addressed to:

> Michael L. Jones
> mjones@henryandjones.com
> Henry & Jones, L.L.P.
> 2902 Carlisle Street, Suite 150
> Dallas, Texas 75204
> (210 954-9700
> (214) 954-9701 (facsimile)

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS — Page 1**

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules.

Respectfully submitted,

/s/ Michael L. Jones
Michael L. Jones
State Bar No. 10929460
mjones@henryandjones.com
2902 Carlisle Street, Suite 150
Dallas, Texas 75204
(210 954-9700
(214) 954-9701 (facsimile)

**ATTORNEYS CRESSMAN TUBULAR PRODUCTS CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served on all parties enlisted to receive electronic notice on or before January 6, 2015.

/s/ Michael L. Jones
Michael L. Jones

S:\1254 2331 Cressman\WBHPartners\Bankruptcy\Notice of Appearance.doc

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS — Page 2**