IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WBH Energy, LP, | § | Case No. 15-10003 |
| | § | |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
COMBINED WITH REQUEST FOR ALL COPIES PURSUANT
TO BANKRUPTCY RULE 2002(a) AND PLEADINGS
PURSUANT TO BANKRUPTCY RULES 3017(a) AND 9007**

**TO THE HONORABLE U. S. BANKRUPTCY JUDGE:**

Snow Spence Green LLP, on behalf of CL III Funding Holding Company, LLC , requests that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case be given to and served upon:

Phil F. Snow
Kenneth Green
Ross Spence
Aaron Guerrero
Snow Spence Green LLP
2929 Allen Parkway, Suite 2800
Houston, TX  77019
(713) 335-4800
(713) 335-4848 (Fax)

With a copy to:

Luke Beltnick
Zach Gerland
Castlelake, L.P.
4600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402

This request encompasses all notices, copies, and pleadings referred to in Rules 2002, 3017, and 9007 of the Bankruptcy Rules of Procedure, including but not limited to notices of any

1

orders, motions, demands, complaints, petitions, pleadings, requests, applications, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegram, telex, or otherwise, which affect or seek to affect this case.

Please take further notice that the foregoing request for notice and service of papers is not a submission by CL III Funding Holding Company, LLC to the jurisdiction of the Bankruptcy Court nor a waiver of its respective rights to: (a) receive service of process for any complaint or subpoena; (b) have final orders in non-core matters entered only after de novo review by a District Judge; (c) trial by jury in any proceedings so triable in these cases, controversies, or proceedings related to these cases; (d) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; or (e) waive any other rights, claims, actions, defenses, setoffs, or recoupments to which CL III Funding Holding Company, LLC is, or may be entitled, in law or in equity, all of which are expressly reserved.

January 6, 2015.  Respectfully submitted,

SNOW SPENCE GREEN LLP

By: ___/s/ Kenneth Green___
    Phil Snow
    State Bar No. 18812600
    Kenneth Green
    State Bar No. 24036677
    2929 Allen Parkway, Suite 2800
    Houston, Texas 77019
    (713) 335-4800
    (713) 335-4848 (Fax)

**ATTORNEYS FOR SECURED CREDITOR**
**CL III FUNDING HOLDING COMPANY, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 6, 2015, a true and correct copy of this document was served by electronic means via the Court's ECF noticing system.

      */s/ Kenneth Green*
      Kenneth Green

I:\Client\CAST0001-Castlelake-WBH\Bankruptcy\WBH Energy GP\CLIII Notice of Appearance_Energy GP.docx