UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-10003 |
| WBH Energy LP | § | |
| WBH Energy Partners LLC | § | Chapter 11 |
| WBH Energy GP, LLC | § | |
| Debtors | § | Jointly Administered |

NOTICE OF APPOINTMENT OF
COMMITTEE OF CREDITORS

Pursuant to 11 U.S.C. §1102 (a) (1) and (b) (1), the following unsecured creditors, willing to serve, are hereby appointed to serve on the Committee of Creditors in the above captioned case:

INTERIM CHAIRMAN:
Inwell, LLC
John D. Mullen
5014 Spring Hill Dr., Ste. 300
Spring, TX 77396
danny.mullen@inwell.com
(713) 408-4478 /Fax: none provided

MEMBERS:
P.L.P.S., Inc.
Jim Wyman
P.O. Box 700
Pearland, TX 77588
jim.wyman@plpsinc.com
(281) 992-7577 /Fax: (281) 992-4197

Morrison Supply Co.
Dan Harvick
100 East 15th St., Ste 200
Fort Worth TX 76102
dlharvick@morsco.com
(817) 484-4607 /Fax: (817) 877-4942

Cressman Tubular Products Corporation
Arthur R. Cressman, Jr.
3939 Beltline Rd, Suite 460
Addison, TX 75204
a.cressman@cressmantubular.com
(214) 352-5252 /Fax: 972-732-7077

Gladiator Energy Services LLC
Dustin Donnell
P.O. Box 162546
Austin, TX 78716
dustin@gladiatorservices.com
(512) 394-4577 /Fax: none provided

Nabors Drilling USA, LP
Lauri McDonald
515 W. Greens Rd.
Houston, TX 77067
lauri.mcdonald@nabors.com
(281) 775-8175 /Fax: 281-775-4375

Challenger Process Systems Co.
c/o Donald Suh, VP & General Counsel
1585 Sawdust Rd, Ste. 210
The Woodlands, TX 77380
dds@dovercorp.com
(281) 403-5750 /Fax: none provided

1

        Respectfully submitted,
        JUDY A. ROBBINS
        UNITED STATES TRUSTEE

        By: */s/ Deborah A. Bynum*
        Deborah A. Bynum
        Trial Attorney
        SBT No. 03556250
        903 San Jacinto Blvd., Room 230
        Austin, Texas 78701
        Phone: (512) 916-5328 / Fax: 916-5331
        Deborah.A.Bynum@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that forwarded a true and correct copy of the foregoing by electronic means for all Pacer system participants on this the 20th day of January, 2015 and prepared for service by prepaid first class mail on Debtors' Master Mailing List for the the 21st day of January, 2015.

        */s/ Deborah A. Bynum*
        Deborah A. Bynum

2

# MASTER SERVICE LIST
January 12, 2015

**In re:**
  **WBH Energy, LP**
  **WBH Energy Partners, LLC**
  **WBH Energy GP, LLC**

## DEBTORS

WBH Energy, LP
PO Box 302380
Austin, Texas 78703
Attn: Joe Warnock
Telephone: (512) 330-9502
joe@wbhenergy.com

WBH Energy Partners, LLC
PO Box 302380
Austin, Texas 78703
Attn: Joe Warnock
Telephone: (512) 330-9502
joe@wbhenergy.com

WBH Energy GP, LLC
PO Box 302380
Austin, Texas 78703
Attn: Joe Warnock
Telephone: (512) 330-9502
joe@wbhenergy.com

## DEBTORS' PROFESSIONALS

Bracewell & Giuliani LLP
Attn: William A. (Trey) Wood III
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Trey.Wood@bgllp.com

Bracewell & Giuliani LLP
Attn: Jason G. Cohen
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Jason.Cohen@bgllp.com

## UNITED STATES TRUSTEE

Office of The United States Trustee
903 San Jacinto Blvd., Suite 230
Austin, TX 78701

## GOVERNMENTAL ENTITIES

Internal Revenue Service
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Securities & Exchange Commission
100 F St. NE
Washington, DC 20549

-2-

Railroad Commission of Texas
Oil & Gas Division
PO Box 12967
Austin, TX 78711-2967

The Comptroller of Public Accounts of the
State of Texas
Rachel Obaldo, Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division MC 008
PO Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4551
Facsimile: (512) 936-1409

## HOLDERS OF EQUITY INTERESTS IN DEBTORS

Ryen Burrus
4407 Bee Cave Road
Suite 421
Austin, Texas 78746

David Henderson
4407 Bee Cave Road
Suite 421
Austin, Texas 78746

Joe Warnock
4407 Bee Cave Road
Suite 421
Austin, Texas 78746

Jacob Warnock
4407 Bee Cave Road
Suite 421
Austin, Texas 78746

Rand Winfrey
4407 Bee Cave Road
Suite 421
Austin, Texas 78746

## SECURED CREDITORS (CONSOLIDATED)

CL III Funding Holding Company, LLC
4600 Wells Fargo Center
90 South 7th Street
Minneapolis, Minnesota 55402
Attn: Luke Beltnick
Telephone: (612) 851-3019
luke.beltnick@castlelake.com

With copy to:
Phil Snow
Kenneth Green
Snow Spence Green LLP
America Tower
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
Telephone: (713) 335-4802
PhilSnow@SnowSpenceLaw.com
KGreen@SnowSpenceLaw.com

-3-

## TOP 30 UNSECURED CREDITORS (CONSOLIDATED)

DK Rig Movers
8755 Hwy 87 E.
San Antonio, Texas 78263
laura@dkenergytx.com
With copies to:
Jeffrey D. Cawdrey
Gordon & Rees LLP
101 W. Broadway, Suite 200
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
jcawdrey@gordonrees.com

Nabors Drilling USA, LP
PO Box 973527
Dallas, Texas 75397
lauri.mcdonald@nabors.com

Flowco Production Solutions
2731 Spring Stuebner Rd., Ste. N
Spring, Texas 77389
Facsimile: (940) 612-1994

Orr Construction, Inc.
PO Box 268984
Oklahoma City, Oklahoma 73126
sarah@orrconstructionok.com

Challenger Process Systems Co.
PO Box 731411
Dallas, Texas 75373
djackson@challengerps.com

Nabors Completion & Production Services
PO Box 975682
Dallas, Texas 75397
David.orosz@nabors.com

J&P Transport LLC
PO Box 459
Muenster, Texas 76252

tor Energy Services, LLC
PO Box 162546
Austin, Texas 78716
Dustin@GladiatorServices.com
With copies to:
Heather H. Jobe
Bell, Nunally & Martin, L.P.
3232 McKinney Avenue, Suite 1400
Dallas, TX 75204
Telephone: (214) 740-1400
Facsimile: (214) 740-1499
heatherj@bellnunally.com

Inwell, Inc.
504 Spring Hill Dr.
Suite 300
Spring, Texas 77386
maryann.avriett@inwell.com

Halliburton Energy Services, Inc.
PO Box 301341
Dallas, Texas 75303
Valerie.hundley@haliburton.com

Morrison Supply Company
PO Box 70
Fort Worth, Texas 76101
Facsimile: (817) 348-8445
mlarrondo@morsco.com

Basic Energy Services, LP
PO Box 841903
Dallas, Texas 75284
Carolyne.norman@basicenergyservices.com

PLPS, Inc.
PO Box 700
Pearland, Texas 77588
Andy.carnes@plpsinc.com

Multi-Chem Group, LLC
PO Box 974320
Dallas, Texas 75397

Facsimile: (940) 759-4854
ckoelzer@jhoc.biz

amy.sustala@halliburton.com

Blowout Tools, Inc.
PO Box 62600, Dept. 1260
New Orleans, Louisiana 70162
Facsimile: (817) 441-1163

West Fork Enterprises, Inc.
259 CR 1510
Bridgeport, Texas 76426
kirby@westforkenterprises.com

Energy Service Company of Bowie
PO Box 1300
Bowie, Texas 76230
Facsimile: (940) 872-3461

Key Energy Services, Inc.
PO Box 4649
Houston, Texas 77210
rthilsted@keyenergy.com

Pumpco Energy Services, Inc.
PO Box 202295
Dallas, Texas 75320
aharral@pumpcoservices.com

SWECO
PO Box 123411, Dept. 3411
Dallas, Texas 75312
mearhart@mcclintonenergy.com

Champion Technologies, Inc.
PO Box 2243
Houston, Texas 77252

Crest Process Systems, Inc.
2600 Robertson Road
Tyler, Texas 75701

Energy Oilfield Services, LLC
15425 North Freeway Suite 140
Houston, Texas 77090
bfrazier@energyoilfieldservices.com

Gainesville Fuel, Inc.
PO Box 3445
San Angelo, Texas 76902
Misty.Bauman@susser.com

Industrial Outfitters, Inc.
PO Box 6838
Abilene, Texas 79608
rreed@indoutfitters.com

Kyle Erwin Construction, LLC
PO Box 643
Boyd, Texas 76023
veronica@kyleerwinconstruction.com

Danlin Industries Corporation
PO Box 123420
Dallas, Texas 75312
Facsimile: (580) 661-3215

Quinn Pumps
PO Box 677347
Dallas, Texas 75267
Carolyn.Holmes@ge.com

-4-

-5-

Cressman Tubular Products Corp.  
3939 Beltline Rd., Ste. 460  
Addison, Texas 75001  
A.cressman@cressmantubular.com  
With copies to:  
Henry & Jones, L.L. P.  
Michael L. Jones  
2902 Carlisle Street, Suite 150  
Dallas, TX 75204  
Telephone: (210) 954-9700  
Facsimile: (214) 954-9701  
mjones@henryandjones.com  

Weatherford US, LP  
PO Box 301003  
Dallas, Texas 75303  
Facsimile: 940-683-3842  
With copies to:  
Carl Dore, Jr.  
Zachary S. McKay  
Dore Law Group, P.C.  
17171 Park Row, Suite 160  
Houston, TX 77084  
Telephone: (281) 829-1555  
Facsimile: (281) 200-0751  
carl@dorelawgroup.net  
zmckay@dorelawgroup.net  

Surf Frac Wellhead Equipment Company, Inc.  
Trey A. Monsour  
K&L Gates LLP  
1000 Main Street, Suite 2550  
Houston, TX 77002  
Telephone: (713) 815-7320  
Facsimile: (713) 815-7301  
trey.monsour@klgates.com  

Artoush Varshosaz  
K&L Gates LLP  
1717 Main Street, Suite 2800  
Dallas, TX 75201  
Telephone: (214) 939-5500  
Facsimile: (214) 939-5849  
artoush.varshosaz@klgates.com

-6-

## OTHER PARTIES IN INTEREST

U.S. Energy Development Corporation
Attn: Ryan O. Holbrook, Esq.
Corporate Counsel
2350 North Forest Road, Suite 31B
Getzville, New York 14068

With copies to:
Eric J. Taube
Mark C. Taylor
Hohmann, Taube & Summers, L.L.P.
100 Congress Avenue, 18th Floor
Austin, TX 78701
Telephone: (512) 472-5997
Facsimile: (512) 472-5248
erict@hts-law.com
markt@hts-law.com

Natural Gas Services Group
Attn: Jaime Armstrong
508 West Wall Street, Suite 550
Midland, TX 79701
Telephone: (432) 262-2700
jaime.armstrong@ngsgi.com
steve.taylor@ngsgi.com
larry.lawrence@ngsgi.com

With copies to:
M. Steve Smith
Law Offices of M. Steve Smith
1177 West Loop S., Suite 1100
Houston, Texas 77027
mssmith@mstevesmith.com

David Spiller
Spiller & Spiller
122 E. Belknap Jacksboro,
Texas 76458
david.spillerlaw@sbcglobal.net

Gary M. Garber
Hodgson Russ LLP
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 10036
Telephone: (716) 856-4000
Facsimile: (716) 819-4666
ggraber@hodgsonruss.com

J-W Power Company
Julie A. Walker
Miller Mentzer Walker, PC
PO Box 130
100 N. Main Street
Palmer, TX 75152
Telephone: (972) 845-2222
Facsimile: (972) 845-3398
jwalker@milmen.com