B 6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT

In re __WBH Energy, LP__,
    *Debtor*

Case No. __15-10003__

Chapter __11__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | $Unknown | | |
| B - Personal Property | Yes | 3 | $ 557,045.49 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 7 | | $ 48,947,377.62 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 3,275.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | No | 0 | | | $ N/A |
| TOTAL | | 18 | $ 557,045.49* * | $ 48,950,652.62 | |

*Does not include value of oil and gas leases, which is unknown

In re  WBH Energy, LP                        ,          Case No. 15-10003
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Oil and gas leases, Montague County - see attachment A-1 | Oil and gas working interest | | Undetermined | $41,120,670.00 |
| Oil and gas leases, Cooke County - see attachment A-1 | Oil and gas working interest | | Undetermined | $41,120,670.00 |
| Easements and Rights of Way under 80/20 Pipeline Joint Venture | 20% Interest in Easements and Rights of Way | | Undetermined | |
| Easements and Rights of Way under 50/50 Pipeline Joint Venture | 50% Interest in Easements and Rights of Way | | Undetermined | |
| | | Total➤ | Undetermined | |

(Report also on Summary of Schedules.)

**Schedule A Real Property - Attachment A-1**
**Lease Name**
BOWIE WINGATE #1H
BOWIE WINGATE #2H
BOWIE WINGATE #3H
BOWIE WINGATE UNIT
Browning #1 (Marble Falls)
BROWNING A UNIT #1H
BROWNING B UNIT #2H
BROWNING C UNIT #3
BROWNING D UNIT #4
BROWNING E UNIT #5
BROWNING PROSPECT
CLARK #1H
CLARK #2H
CLARK #3H
CLARK UNIT
Gilmore-Huth
HAYES A UNIT #1H
HAYES B UNIT #2H
HAYES UNIT
HILL #1
HILL UNIT
LEWIS STUART A #1H
LEWIS STUART A #2H
LEWIS STUART A #3H
LEWIS STUART A UNIT
LEWIS STUART B #1H
LEWIS STUART B #2H
LEWIS STUART B UNIT
LEWIS STUART C1 UNIT #1H
LEWIS STUART C2 UNIT #2H
LEWIS STUART C3 UNIT #3H
LEWIS STUART C4 UNIT #4H
LEWIS STUART C5 UNIT #5H
LEWIS STUART D UNIT
LEWIS STUART E 1H
LEWIS STUART E 2H
LEWIS STUART E 3H
LEWIS STUART E 4H
LEWIS STUART E UNIT
LEWIS-STUART UNIT
MARTIN #1H
MARTIN #2H
MARTIN #3H
MARTIN B #4H
MARTIN B #5H

MARTIN B #6H
MARTIN B UNIT
MARTIN C #7H
MARTIN C #8H
MARTIN C #9H
MARTIN UNIT
MARTIN UNIT C
MC WALTER #1H
McCALL A UNIT #1H
McCALL B UNIT #2H
McCALL SOUTH
McCALL UNIT
NEIL BOWIE #1H
NEWARK PROSPECT
PERRYMAN #1
Skidmore C Unit #3
Skidmore D Unit #4
STEVIE B1
STEVIE B2
TARGA PIPELINE
WALTERSCHEID #1
WEGER-THOMPSON #1
Whiteside D 1H
Whiteside D 2H
Whiteside E 1H
Whiteside E 2H
WHITESIDE UNIT

In re  WBH Energy, LP                                    ,                    Case No.   15-10003
         **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Horizon Bank account x128<br>Horizon Bank account x503<br>Green Bank account x274<br>Texas Exchange Bank x295 | | $2,077.92<br>$0.00<br>$8,047.75<br>$1,550.47 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

In re  WBH Energy, LP ,  Case No. 15-10003
         **Debtor**                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Interest in 50/50 Pipeline Joint Venture<br>Interest in 80/20 Pipeline Joint Venture | | Unknown<br>Unknown |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Montague Transfer Partners<br>Enterprise Crude Oil | | $1,000<br>$517,433.18 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

In re __WBH Energy, LP_____,  Case No. __15-10003_____
        **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 20% Interest in gathering system and pipelines under 80/20 Pipeline Joint Venture 50% Interest in gathering system and pipelines under 50/50 Pipeline Joint Venture | | Undetermined |
| 30. Inventory. | | Casing and tubular goods | | $26,936.17 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                  _____continuation sheets attached    Total▶    $ 557,045.49
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re __WBH Energy, LP_____,  Case No. __15-10003_____
           **Debtor**                                            **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CL III Funding Holding Company LLC, 90 South 7th Street, Minneapolis, MN 55402 | | | December 2013, deed of trust, oil and gas leases<br>VALUE $ undetermined | | | | $5,512,000 | |
| ACCOUNT NO.<br>CL III Funding Holding Company LLC, 90 South 7th Street, Minneapolis, MN 55402 | | | December 2013, deed of trust, oil and gas leases<br>VALUE $ undetermined | | | | $24,000,000 | |
| ACCOUNT NO.<br>WBH Energy Partners LLC, 4407 Bee Cave Road, Suite 421, Austin, TX 78746 | | | April 2011 and September 2011 Joint Operating Agreement, oil and gas leases<br>VALUE $ undetermined | | | | $11,608,670.00 | |

__6__ continuation sheets attached

Subtotal ► (Total of this page)    $41,120,670.00    $

Total ► (Use only on last page)    $    $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.  2

In re **WBH Energy, LP**_____,  Case No. __15-10003_____
   **Debtor**   **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  EOG Resources, Inc  PO BOX 4362  Houston, TX 77210 | | | May 2011 Joint Operating Agreement, oil and gas leases  VALUE $ 147,736.99 | | | X | 147,736.99 | |
| ACCOUNT NO.  U.S. Energy Development Corporation  2350 North Forest Rd.  Getzville, NY 14068 | | | Joint Operating Agreement  VALUE $ | | | X | Unknown | |
| ACCOUNT NO.  Cooke County Appraisal District  201 N. Dixon St.  Gainsville, TX 76240 | | | Property Taxes  VALUE $ | | | | $19,150.12 | |
| ACCOUNT NO.  Montague CAD  PO Box 121  Montague, TX 76251 | | | Property Taxes  VALUE $ | | | | $70,548.84 | |
| ACCOUNT NO.  Pumpco Energy Services Inc.  PO Box 202295  Dallas, TX 75320 | | | Mineralman Lien  VALUE $ | | | X | $1,616,448.99 | |

Sheet no. __1__ of __6__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ► (Total(s) of this page)  $ 1,853,884.94   $

Total(s) ► (Use only on last page)  $   $

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont. 2

In re  WBH Energy, LP                    ,            Case No.   15-10003                    
            **Debtor**                                                                          **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Gladiator Energy Services LLC<br>PO Box 162546<br>Austin, TX 78716 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $1,456,405.92 | |
| ACCOUNT NO.<br>Nabors Drilling USA, LP<br>PO Box 973527<br>Dallas, TX 75397 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $1,271,868.19 | |
| ACCOUNT NO.<br>Cressman Tubular Products Corp.<br>3939 Beltline Rd, Ste. 460<br>Addison, TX 75001 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $506,748.60 | |
| ACCOUNT NO.<br>Halliburton Energy Services, Inc.<br>PO Box 301341<br>Dallas, TX 75303 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $429,685.26 | |
| ACCOUNT NO.<br>Morrison Supply Company<br>PO Box 70<br>Fort Worth, TX 76101 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $325,447.90 | |

Sheet no. 2   of  6   continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ► (Total(s) of this page)     $3,990,155.87     $

Total(s) ► (Use only on last page)     $     $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont. 2

In re  WBH Energy, LP                    ,    Case No.   15-10003
          **Debtor**                                             **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Basic Energy Services, LP<br>PO Box 841903<br>Dallas, TX 75284 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $291,192.26 | |
| ACCOUNT NO.<br>Gainesville Fuel, Inc.<br>PO Box 3445<br>San Angelo, TX 76902 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $125,296.47 | |
| ACCOUNT NO.<br>Dragon Esp. Ltd.<br>PO Box 3127<br>Beaumont, TX 77704 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $73,870.32 | |
| ACCOUNT NO.<br>Canrig Drilling Technology Ltd.<br>PO Box 973608<br>Dallas, TX 75397 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $60,366.28 | |
| ACCOUNT NO.<br>Schlumberger Technology Corporation<br>PO Box 732149<br>Dallas, TX 75373 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $33,676.46 | |

Sheet no. 3 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ►
(Total(s) of this page)   $ 584,401.79   $

Total(s) ►
(Use only on last page)   $   $
(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont. 2

In re  WBH Energy, LP                         ,        Case No.   15-10003
              **Debtor**                                        **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Hodges Trucking Co. LLC PO Box 270660 Oklahoma City, TX 73137 | | | Mineralman's Lien  VALUE $ | | | X | $32,650.00 | |
| ACCOUNT NO. Thomas Tools 1200 Enclave Parkway Mail Drop 417 Houston, TX 77077 | | | Mineralman's Lien  VALUE $ | | | X | $18,027.51 | |
| ACCOUNT NO. Pioneer Fishing and Rental Services LLC PO Box 202561 Dallas, TX 75320 | | | Mineralman's Lien  VALUE $ | | | X | $11,494.18 | |
| ACCOUNT NO. Mi Swaco PO Box 732135 Dallas, TX 75373 | | | Mineralman's Lien  VALUE $ | | | X | $3,787,.82 | |
| ACCOUNT NO. P.L.P.S. PO Box 700 Pearland, TX 77588 | | | Mineralman's Lien  VALUE $ | | | X | $277,550.00 | |

Sheet no. 4  of 6  continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ► (Total(s) of this page)    $ $343,509.51    $

Total(s) ► (Use only on last page)    $    $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.  2

In re   WBH Energy, LP                              ,         Case No.   15-10003
                    **Debtor**                                       **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Multi-Chem Group, LLC<br>PO Box 974320<br>Dallas, TX 75397 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $260,943.15 | |
| ACCOUNT NO.<br>Weatherford US, LP<br>PO Box 301003<br>Dallas, TX 75303 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $138,340.42 | |
| ACCOUNT NO.<br>Smartt Move LLC<br>PO Box 498<br>Sweetwater, TX 79556 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $3,027.50 | |
| ACCOUNT NO.<br>Flowco Production Solutions, LLC<br>2731 Spring Stuebner Rd., Ste. N, Spring, TX 77389 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $103,760.45 | |
| ACCOUNT NO.<br>Byrd Oilfield Services<br>PO Box 7269<br>Abilene, TX 79608 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $54,242.86 | |

Sheet no. 5 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ► (Total(s) of this page)   $ 560,314.38   $

Total(s) ► (Use only on last page)   $   $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont. 2

In re  WBH Energy, LP                ,          Case No.  15-10003
              **Debtor**                                                            **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Prospect Oilfield Services<br>PO Box 858<br>Jacksboro, TX 76458 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $7,882.50 | |
| ACCOUNT NO.<br>Orr Construction Inc.<br>PO Box 268984<br>Oklahoma City, OK 73126 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $413,030.00 | |
| ACCOUNT NO.<br>Peak Oilfield Services LLC<br>PO Box 203997<br>Dallas, TX 75320 | | | Mineralman's Lien<br><br>VALUE $ | | | X | $73,528.63 | |
| ACCOUNT NO.<br><br> | | | VALUE $ | | | | | |
| ACCOUNT NO.<br><br> | | | VALUE $ | | | | | |

Sheet no. 6 of 6 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ► (Total(s) of this page)     $494,441.13     $

Total(s) ► (Use only on last page)     $48,947,377.62     $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re  WBH Energy, LP                    ,            Case No. 15-10003
               *Debtor*                                                  *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[X]  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ] **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ] **Extensions of credit in an involuntary case**

  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ] **Wages, salaries, and commissions**

  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Contributions to employee benefit plans**

  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

    * *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6E (Official Form 6E) (04/13) – Cont.

In re __WBH Energy, LP__ ,   Case No. __15-10003__
          *Debtor*                        *(if known)*

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

**\*** *Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____ continuation sheets attached

In re **WBH Energy, LP** , Case No. **15-10003**
                        **Debtor**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Bland Garvey 2600 N Central Expressway Richardson, TX 75080 | | | 11/18/2014 | | | | $3,275.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | Subtotal ➤ | $ |
| _____ continuation sheets attached | | | (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | Total ➤ | $ 3,275.00 |

B 6G (Official Form 6G) (12/07)

In re **WBH Energy, LP**        ,         Case No. **15-10003**
          **Debtor**                                                            **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| WBH Energy Partners LLC<br>4407 Bee Cave Rd., Ste. 421<br>Austin, TX 78746 | Joint Operating Agreement dated April 15, 2011<br>Participation Agreement dated April 15, 2011, as assigned on December 30, 2011<br>Joint Operating Agreement dated September 1, 2011<br>Participation Agreement dated September 1, 2011 assigned on December 30, 2011, and subsequent amendments |
| U.S. Energy Development Corporation<br>2350 North Forest Rd.<br>Getzville, NY 14068 | Joint Operating Agreement dated April 15, 2011<br>Participation Agreement dated April 15, 2011, as assigned on December 30, 2011<br>Joint Operating Agreement dated September 1, 2011<br>Participation Agreement dated September 1, 2011 assigned on December 30, 2011, and subsequent amendments |
| Strategic Energy Income Fund I, LP, Strategic Energy Income Fund II, LP c/o US Energy Development Corporation<br>2350 North Forest Rd., Getzville, NY 14068 | Joint Development Agreement dated July 3, 2012<br><br>Pipeline Construction, Ownership and Operating Agreement dated April 23, 2012 |
| Montague Transfer Partners, LLC<br>PO Box 302380<br>Austin, TX 78703 | Pipeline Construction, Ownership and Operating Agreement dated April 23, 2012 |
| EOG Resources Inc.<br>421 West 3rd Street<br>Fort Worth, TX 76102 | Joint Operating Agreement dated May 24, 2011 |
|  |  |

In re  WBH Energy, LP                    ,           Case No. 15-10003
        **Debtor**                                                          **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| WBH Energy Partners LLC<br>4407 Bee Cave Rd., Ste. 421<br>Austin, TX 78746 | CL III Funding Holding Company LLC<br>90 South 7th Street<br>Minneapolis, MN 55402 |
| WBH Energy GP, LLC<br>4407 Bee Cave Rd., Ste. 421<br>Austin, TX 78746 | CL III Funding Holding Company LLC<br>90 South 7th Street<br>Minneapolis, MN 55402 |
| WBH Energy Partners LLC<br>4407 Bee Cave Rd., Ste. 421<br>Austin, TX 78746 | Vendor claims under Joint Operating Agreement |
| U.S. Energy Development Corporation<br>2350 North Forest Rd.<br>Getzville, NY 14068 | Vendor claims under Joint Operating Agreement |
| | |
| | |
| | |
| | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re __WBH Energy, LP_____,
        Debtor

Case No. __15-10003_____
              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____   Signature: _____
                                                    Debtor

Date _____   Signature: _____
                                                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,          Social Security No.
of Bankruptcy Petition Preparer                   (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
Address

X _____                         _____
Signature of Bankruptcy Petition Preparer         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __Vice President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the __partnership_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __19__ sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date __01/20/2015_____

Signature: _____
            Joseph Warnock, Vice President
            [Print or type name of individual signing on behalf of debtor ]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.