# COMPARISON OF
# DIP FINANCING PROPOSALS

| Term | CFS | Castlelake |
|---|---|---|
| Interest Rate | 10% per annum | 5% per annum |
| Default Interest Rate | 12% per annum | 7% per annum |
| Closing Fee | 2% | None |
| Exit Fee | 3% | None |
| Break-Up Fee | $175,000 | None |
| Expense Reimbursement | $125,000[1] | None |
| Priming Liens | Blanket priming lien on all currently owned or after acquired assets and property of the Debtors and their estates (excluding claims under chapter 5 of the Bankruptcy Code). | Only as to: (a) interests of Debtor LP in the oil and gas wells, leases, units and related property rights which comprise the "Lewis-Stewart Lease Interests" (which are to be more fully described in Exhibit A to the Castlelake DIP Term Sheet); and (b) Debtor LLC's accounts receivables and related property and rights.[2] |
| Binding Commitment | Yes | No |
| Subject to Agreement on Definitive Documentation | No | Yes |
| Subject to Agreement on DIP Budget | No | Yes |
| Pending Motions to Lift Stay and To Convert | No | Yes |
| Waiver of Claims Against Pre-Petition Lenders | No | Yes |
| Stipulation as to the Extent and Validity of Pre-Petition Lenders Claims and Liens | No | Yes |
| Restriction on Use of Cash Collateral and DIP Financing to challenge extent, validity and priority of liens and claims of Prepetition Lenders | No | Yes |
| Required Sale Process/Sale | No | Yes |

---

[1] Expense Reimbursement capped at $125,000. Debtors only pay actual expenses which may be less.
[2] Debtor LLC's main receivable is secured by first lien on all of Debtor LP's oil and gas properties. Therefore, by taking priming liens on Debtor LLC's receivables, Castlelake is indirectly taking a priming lien on all of Debtor LP's oil and gas properties.

#4838988.1

-2-

| Milestones | | |
|---|---|---|
| Maturity Date | April, 2016[3] | August 1, 2015 |
| Mandatory Cash Sweeps | No | Yes |
| Use of Escrow Account to Fund JIB'S | No | Yes |

---

[3] Twelve months from Closing Date (anticipated to occur in April, 2015)

#4838988.1