**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WBH ENERGY, LP, | § | Case No. 15-10003-hcm |
| WBH ENERGY PARTNERS LLC, | § | |
| WBH ENERGY GP, LLC, | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**CL III FUNDING HOLDING COMPANY, LLC'S**
**NOTICE OF WITHDRAWAL OF DEPOSITION NOTICES**
**[Relates to Docket 217]**

PLEASE TAKE NOTICE that CL III Funding Holding Company, LLC hereby withdraws the below-listed deposition notices, which shall be reset for a later date:

- Amended Notice of Deposition of Randal Winfrey
- Notice of Deposition of Joe Warnock
- Notice of Deposition of Jacob Warnock
- Notice of Deposition of David Henderson
- Notice of Deposition of Natalie Tucker

DATED: March 17, 2015.            Respectfully submitted,

                                                **SNOW SPENCE GREEN LLP**

                                                By:  /s/  Kenneth Green
                                                     Phil Snow
                                                     State Bar No. 18812600
                                                     Kenneth Green
                                                     State Bar No. 24036677
                                                     2929 Allen Parkway, Suite 2800
                                                     Houston, Texas 77019
                                                     (713) 335-4800
                                                     (713) 335-4848 (Fax)

                                                **ATTORNEYS FOR SECURED CREDITORS**
                                                **CL III FUNDING HOLDING COMPANY, LLC**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on March 17, 2015, a true and correct copy of this document was served by electronic means pursuant to the Court's ECF noticing system.

                                           */s/    Kenneth Green*
                                           Kenneth Green

I:\Client\CAST0001-Castlelake-WBH\Bankruptcy\WBH Energy LP\Discovery\Depositions\Notices\Notices of Withdrawal of Deposition Notices.docx