## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **WBH Energy, LP,** | § | **Case No. 15-10003** |
| **WBH Energy Partners LLC** | § | |
| **WBH Energy GP, LLC** | § | **Chapter 11** |
| | § | |
| Debtors. | § | **Jointly Administered** |

**CL III FUNDING HOLDING COMPANY, LLC'S MOTION FOR ENTRY OF STIPULATION AND AGREED ORDER MODIFYING SCHEDULING ORDER FOR THE FOLLOWING CONTESTED MATTERS: (1) MOTION FOR RELIEF FROM AUTOMATIC STAY TO FORECLOSE ON COLLATERAL OWNED BY WBH ENERGY LP; (2) MOTION FOR RELIEF FROM AUTOMATIC STAY TO FORECLOSE ON COLLATERAL OWNED BY WBH ENERGY PARTNERS LLC; (3) MOTION TO CONVERT BANKRUPTCY CASE OF WBH ENERGY LP TO CHAPTER 7; AND (4) MOTION TO CONVERT BANKRUPTCY CASE OF WBH ENERGY PARTNERS, LLC TO CHAPTER 7**
**FILED BY CL III FUNDING HOLDING COMPANY LLC**
**[Relates to Docket No. 157]**

CL III Funding Holding Company, LLC ("Castlelake" or "CL III") files this Motion for for Entry of Stipulation and Agreed Order Modifying Scheduling Order for the Following Contested Matters: (1) Motion For Relief from Automatic Stay to Foreclose on Collateral Owned by WBH Energy LP; (2) Motion for Relief from Automatic Stay to Foreclose on Collateral Owned by WBH Energy Partners LLC; (3) Motion to Convert Bankruptcy Case of WBH Energy LP to Chapter 7; and (4) Motion to Convert Bankruptcy Case of WBH Energy Partners, LLC to Chapter 7 Filed by CL III Funding Holding Company LLC ("Motion") and respectfully requests that the Court grant the Motion and enter the Stipulation and Agreed Order Modifying the Scheduling Order attached as Exhibit A.

1

Respectfully submitted,

**SNOW SPENCE GREEN LLP**

By:  _/s/ Kenneth Green_____
       Phil Snow
       State Bar No. 18812600
       philsnow@snowspencelaw.com
       Kenneth Green
       State Bar No. 24036677
       kgreen@snowspencelaw.com
       2929 Allen Parkway, Suite 2800
       Houston, Texas 77019
       (713) 335-4800
       (713) 335-4848 (Fax)

**ATTORNEYS FOR SECURED CREDITOR CL III FUNDING HOLDING COMPANY, LLC**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on March 20, 2015, a true and correct copy of this document was served by electronic means via the Court's ECF noticing system.

_/s/ Kenneth Green____
Kenneth Green

I:\Client\CAST0001-Castlelake-WBH\Bankruptcy\Pleadings-Final\20150319 CL III Motion for Entry of Agreed Order Modifying Scheduling Order.docx