**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **WBH Energy, LP,** | § | Case No. 15-10003 |
| **WBH Energy Partners LLC** | § | |
| **WBH Energy GP, LLC** | § | Chapter 11 |
| | § | |
| **Debtors.** | § | Jointly Administered |

**STIPULATION AND AGREED ORDER MODIFYING SCHEDULING ORDER FOR THE FOLLOWING CONTESTED MATTERS: (1) MOTION FOR RELIEF FROM AUTOMATIC STAY TO FORECLOSE ON COLLATERAL OWNED BY WBH ENERGY LP; (2) MOTION FOR RELIEF FROM AUTOMATIC STAY TO FORECLOSE ON COLLATERAL OWNED BY WBH ENERGY PARTNERS LLC; (3) MOTION TO CONVERT BANKRUPTCY CASE OF WBH ENERGY LP TO CHAPTER 7; AND (4) MOTION TO CONVERT BANKRUPTCY CASE OF WBH ENERGY PARTNERS, LLC TO CHAPTER 7 FILED BY
<u>CL III FUNDING HOLDING LLC (CASTLELAKE)</u>**
[Relates to Docket No. 157]

CL III Funding Holding Company, LLC ("<u>Castlelake</u>" or "<u>CL III</u>") and WBH Energy, LP, WBH Energy Partners LLC (collectively, the "<u>Debtors</u>"), U.S. Energy Development Corporation ("<u>USED</u>"), the Official Creditors' Committee ("<u>Committee</u>"), Challenger Process Systems, Flowco Production Solutions, LLC, Halliburton Energy Services, Inc., Key Energy Services, LLC, Morrison Supply Company, Multi-Chem Group, LLC, PCS Ferguson, Inc., Pioneer Fishing and Rental Services, LLC, Susser Energy Services, Weatherford US, LP, Nabors Completion & Production Services Co., Nabors Drilling USA, LP, Natural Gas Services Group, Inc., Pumpco Energy Services, Inc. a/k/a Pumpco Services, EOG Resources, Inc, P.L.P.S., Inc.



and Inwell II, LLC d/b/a Inwell, LLC (collectively, the "Opposing Parties" and together with Castlelake, the "Parties") file this *Stipulation and Agreed Order* and request modification of the Court's Scheduling Order at Docket No. 157 as set forth below.

| Original Due Date/Deadline | Revised Dates | Party(ies) | Actions |
|---|---|---|---|
| 3/2/2015 | NA | Opposing Parties | File responses/oppositions to CL III contested motion(s) |
| 3/11/2015 | NA | CL III | Witness/Expert Witness List due to Opposing Parties |
| 3/18/2015 | 3/31/2015 | Opposing Parties | Witness/Expert Witness List due to CL III |
| 3/27/2015 | 4/1/2015 | CL III | Expert Reports due to Opposing Parties |
| 3/27/2015 | 4/1/2015 | CL III, Debtors, Committee and USED | File Joint Report w/Court re whether mediation would be productive, if so, time frame to complete mediation and identity of potential mediator |
| 4/10/2015 | 4/15/2015 | Opposing Parties | Expert Reports due to CL III |
| 4/16/2015 | 4/20/2015 | CL III | Rebuttal Expert Reports due to Opposing Parties |
| 4/17/2015 | 4/20/2015 | All Parties | Discovery/Deposition cut off (except depositions of rebuttal Experts) |
| 4/20/2015 | 4/23/2015 | All Parties | Discovery/Deposition cut off as to rebuttal Experts |
| 4/20/2015 | NA | All Parties | Deadline to file Briefs |
| 4/20/2015 | NA | All Parties | File Exhibit/Witness Lists w/court and serve all parties with copies of same and exhibits |
| 4/23/2015 | NA | All Parties | Deadline to request authentication of Exhibits, if any |
| 4/27/2015 | NA | All Parties | Final Hearing on Contested Motions @ 9:30 am in Austin |
| 4/28/215 | NA | All Parties | Continuation of Final Hearing on Contested Motions @ 9:30 am in Austin |

###

Submitted: March 20, 2015

**SNOW SPENCE GREEN LLP**

By:   */s/ Kenneth Green*
     Phil Snow
     State Bar No. 18812600
     philsnow@snowspencelaw.com
     Kenneth Green
     State Bar No. 24036677
     kgreen@snowspencelaw.com
     2929 Allen Parkway, Suite 2800
     Houston, Texas 77019
     (713) 335-4800
     (713) 335-4848 (Fax)
**Counsel for Secured Creditor CL III Funding Holding Company, LLC**

**BRACEWELL & GIULIANI LLP**

By:   */s/ Jason Cohen*
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bgllp.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bgllp.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212
**Counsel for the Debtors and Debtors in Possession**


**LOCKE LORD LLP**

By:   */s/ Philip Eisenberg*
BERRY D. SPEARS
bspears@lockelord.com
State Bar No. 18893300
TODD DISHER
tdisher@lockelord.com
State Bar No. 24081854
600 Congress Ave., Suite 2200
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (facsimile)

PHILIP G. EISENBERG
peisenberg@lockelord.com
State Bar No. 24033923
SCOTT L. FRIEDMAN
sfriedman@lockelord.com
State Bar No. 24087543
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1200
(713) 223-3717 (facsimile)
**[Proposed] Counsel for the Official Committee of Creditors**


**HOHMANN, TAUBE & SUMMERS, L.L.P.**

By:   */s/ Eric Taube*
Eric J. Taube
State Bar No. 19679350
Mark C. Taylor
State Bar No. 19713225
100 Congress Avenue, 18th Floor
Austin, Texas 78701
(512) 472-5997
(512) 472-5248 (FAX)
erict@hts-law.com
markt@hts-law.com

-and-

Garry M. Graber
NY State Bar No. 1344159
*(admitted pro hac vice)*
Hodgson Russ LLP
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 10036
(716) 856-4000
(716) 819-4666 FAX
ggraber@hodgsonruss.com
**Counsel for U.S. Energy Development Corporation**

**DORÉ LAW GROUP, P.C.**

By:  */s/ Zachary McKay*
Zachary S. McKay
TBN: 24073600
zmckay@dorelawgroup.net
Carl Doré, Jr.
TBN: 06000600
carl@dorelawgroup.net
17171 Park Row, Suite 160
Houston, Texas 77084
(281) 829-1555
(281) 200-0751 Fax
**Counsel for: Flowco Production Solutions, LLC, Halliburton Energy Services, Inc., Key Energy Services, LLC, Morrison Supply Company, PCS Ferguson, Inc., Pioneer Fishing and Rental Services, LLC, Susser Energy Services, Weatherford U.S., LP, Multi Chem Group, LLC, and Challenger Process Systems**


**CRADY, JEWETT & McCULLEY, LLP**

By:  */s/ William Sudela*
William R. Sudela
State Bar No. 19463300
Email: wsudela@cjmlaw.com
J. Daniel Long
State Bar No. 24036985
Email: dlong@cjmlaw.com
2727 Allen Parkway, Suite 1700
Houston, Texas 77019
Telephone: (713) 739-7007
Fax: (713) 739-8403

**Counsel for Pumpco Services, Inc.; Natural Gas Services Group, Inc.; Nabors Drilling USA, LP; and Nabors Completion & Production Services Co.**

**SHANNON, GRACEY, RATLIFF & MILLER, L.L.P.**

By: ___/s/ Joshua Eppich___
Joshua N. Eppich
State Bar I.D. No. 24050567
901 Main St., Suite 4600
Dallas, Texas 75202
(214) 245-3090 telephone
(214) 245-3097 facsimile
**Counsel for EOG Resources, Inc.**


**GRAY REED & MCGRAW, P.C.**

By: ___/s/ Michael Bishop___
Michael W. Bishop, Esq.
State Bar No. 02354860
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (469) 320-6832
**Counsel for P.L.P.S., INC.**


**ZIMMERMAN, AXELRAD,
MEYER, STERN & WISE, P.C.**

By: ___/s/ Nicholas Reisch___
Brian W. Zimmerman
State Bar No. 00778746
bzimmerman@zimmerlaw.com
Nicholas J. Reisch
State Bar No. 24046699
nreisch@zimmerlaw.com
3040 Post Oak Blvd., Suite 1300
Houston, Texas 77056-3813
(713) 552-1234 Telephone
(713) 212-2750 Facsimile
**Counsel for Inwell II, LLC d/b/a Inwell, LLC**


I:\Client\CAST0001-Castlelake-WBH\Bankruptcy\Pleadings-Final\20150320 CL III Proposed Stipulation and Agreed Order Modifying Scheduling Order.docx