

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 30, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| WBH ENERGY, LP, | § | Case No. 15-10003-hcm |
| WBH ENERGY PARTNERS LLC, | § | |
| WBH ENERGY GP, LLC, | § § | Chapter 11 |
| Debtors. | § | (Jointly Administered) |

**ORDER REGARDING STATUS HEARING ON
DEBTOR-IN-POSSESSION FINANCING, SETTING HEARINGS AND DEADLINES**

On March 30, 2015, the Court conducted a reset status hearing with respect to the possible debtor-in-possession financing to be provided by CL III Funding Holding LLC ("Castlelake") to the Debtors ("DIP Financing"). Respective counsel for the Debtors, Castlelake, the Official Creditors Committee ("Committee"), US Energy Development Corporation ("USED"), and Cantor Fitzgerald Securities, as administrative agent ("Cantor") appeared at the hearing, as well as counsel for various other parties. At the reset status hearing, counsel for the Debtors and Castlelake advised the Court that they had reached a definitive agreement for DIP Financing and certain other matters, approval of which will be sought from the Court by separate Motions and hearing on notice to creditors and parties in interest. The Court finds that the following Order should be entered.

**IT IS THEREFORE ORDERED AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. By April 6, 2015, the Debtors and Castlelake shall file a Motion to Approve the proposed DIP Financing ("Castlelake DIP Motion") in accordance with Bankruptcy Rule 4001(c) and serve it upon the parties required by Bankruptcy Rule 4001(including the Master Service List). If contemplated by the proposed DIP Financing, the Debtors and Castlelake shall also, by April 6, 2015, file and serve a Motion to Approve Agreement Regarding Relief From Stay ("Stay Agreement Motion") and Motion to Approve Bidding Procedures ("Bid Procedures Motion"), and serve it on the parties required by Bankruptcy Rule 4001 (including the Master Service List).

2. Any objections to the Castlelake DIP Motion, Stay Agreement Motion, and Bid Procedures Motion shall be in writing and must be filed with the Court by April 17, 2015 at 5:00 p.m. (CT).

3. On <u>April 20, 2015 at 1:30 p.m. (CT)</u> in the U.S. Bankruptcy Court, Courtroom #2, 903 San Jacinto Blvd., Austin, Texas, the Court will conduct (1) a final hearing on the Castlelake DIP Motion and any objections thereto if timely filed; (2) a final hearing on the Stay Agreement Motion and any objections thereto if timely filed; (3) a hearing on the Bid Procedures Motion and any objections thereto if timely filed; and (4) a hearing on the amount of reimbursement of reasonable legal fees and expenses and a reasonable break-up fee to be received by Cantor if the Castlelake DIP Motion is ultimately approved by the Court and is closed (dkt# 241, 216). The Debtors shall set forth the above date and time of the hearings and the deadline for filing objections to the Castlelake DIP Motion, Stay Agreement Motion, and Bid Procedures Motion on the first page of such Motions. To the extent that the hearings on April 20, 2015 are not concluded on such day, they will recommence on April 27, 2015 at 9:30 a.m. (CT).

4. Counsel for the Debtors shall promptly serve this Order on the parties set forth on the Master Service List in these cases, and file a Certificate of Service with the Court reflecting such service.

# # #