**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| In re: | § | |
|---|---|---|
| | § | **Case No. 15-10003** |
| **WBH Energy, LP,** | § | |
| **WBH Energy Partners LLC** | § | **Chapter 11** |
| **WBH Energy GP, LLC** | § | |
| | § | |
| Debtors. | § | *Jointly Administered* |

## HEARING AGENDA FOR APRIL 20, 2015

Hearing Date/Time:   **April 20, 2015 at 1:30 p.m. (CST)**

Hearing Location:   United States Bankruptcy Court for the Western District of Texas
Homer J. Thornberry Federal Judicial Building
903 San Jacinto Blvd.
Courtroom No. 2
Austin, Texas 78701

**1.   Debtors' Motion for Entry of Final Order Pursuant to Bankruptcy Code Sections 105, 361, 362, 363, 364 and 507 (I) Authorizing Postpetition Financing, (II) Approving Use of Cash Collateral, (III) Granting Adequate Protection, and (IV) Granting Related Relief [Dkt. No. 265].**

   **Time:** 2 hours

   **Contested:** Yes

   **Status:** Going forward.

   **Related Documents:**
   1. Response Filed by Mark Curtis Taylor for Creditor U.S. Energy Development Corporation [Dkt. No. 294]
   2. Objection to Debtors' Motion for Entry of Order Authorizing Post-Petition Financing Filed by Micheal W. Bishop for Creditor P.L.P.S., Inc. [Dkt. No. 297]
   3. Status Update Regarding Break-Up Fee and Expense Reimbursement as to Cantor Fitzgerald Services filed by Jennifer Francine Wertz for Interested Party Cantor Fitzgerald Securities [Dkt. No. 295]
   4. Objection Filed by Joshua N Eppich for Creditor EOG Resources, Inc. [Dkt. No. 300]
   5. Objection Filed by Berry D. Spears for Creditor Official Committee of Creditors of WBH Energy, LP, WBH Energy Partners LLC, and WBH Energy Partners GP, LLC [Dkt. No. 301]

6. Objection Filed by Joshua N Eppich for Creditor EOG Resources, Inc. [Dkt. No. 305]

**2. Debtors' Motion for Entry of an Agreed Automatic Stay Order [Dkt. No. 266].**

**Time:** 20 minutes

**Contested:** Yes

**Related Documents:**

**Status:** Going forward.

**Related Documents:**

1. Response Filed by Mark Curtis Taylor for Creditor U.S. Energy Development Corporation [Dkt. No. 292]
2. Objection to Debtors' Motion for Entry of an Agreed Automatic Stay Order Filed by Micheal W. Bishop for Creditor P.L.P.S., Inc. [Dkt. No. 296]
3. Objection Filed by Berry D. Spears for Creditor Official Committee of Creditors of WBH Energy, LP, WBH Energy Partners LLC, and WBH Energy Partners GP, LLC [Dkt. No. 304]

**3. Debtors' Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Scheduling Bidding Deadline, Auction Date, and Sale Hearing Date; (III) Approving Form and Notice Thereof; (B) Entry of an Order After the Sale Hearing (I) Authorizing the Debtors to Sell Their Assets; and (II) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief [Dkt. No. 264].**

**Time:** 1 hour

**Contested:** Yes

**Status:** Going forward.

**Related Documents:**

1. Lien Claimants Objection and Response to Debtors' Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Scheduling Bidding Deadline, Auction Date, and Sale Haring Date; (III) Approving Form and Notice Thereof; (B) Entry of an Order After the Sale Hearing (I) Authorizing the Debtors to Sell Their Assets; and (II) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief [Dkt. No. 288];
2. Objection And Response To Debtors' Motion For (A) Entry Of An Order (I) Approving Bidding Procedures; (II) Scheduling Bidding Deadline, Auction Date,

#4871113.3

And Sale Hearing Date; (III) Approving Form And Notice Thereof; (B) Entry Of An Order After The Sale Hearing (I) Authorizing The Debtors To Sell Their Assets; And (II) Authorizing The Debtors To Assume And Assign Certain Executory Contracts And Unexpired Leases; And (C) Granting Related Relief [Dkt. No. 290].

3. Response Filed by Mark Curtis Taylor for Creditor U.S. Energy Development Corporation [Dkt. No. 293]
4. Objection and Response Filed by Zachary S McKay for Creditors Challenger Process Systems, Flowco Production Solutions, LLC, Halliburton Energy Services, Inc., Key Energy Services, LLC, Morrison Supply Company, Multi-Chem Group, LLC, PCS Ferguson, Inc., Pioneer Fishing and Rental Services, LLC, Susser Energy Services, Weatherford US, LP [Dkt. No. 298]
5. Objection to Debtors' Motion for Order Approving Bidding Procedures, Authorizing a Sale and Related Relief Filed by Micheal W. Bishop for Creditor P.L.P.S., Inc. [Dkt. No. 299]
6. Objection Filed by Joshua N Eppich for Creditor EOG Resources, Inc. [Dkt. No. 302]
7. Objection Filed by Berry D. Spears for Creditor Official Committee of Creditors of WBH Energy, LP, WBH Energy Partners LLC, and WBH Energy Partners GP, LLC [Dkt. No. 303]
8. Inwell's Objection and Response to Debtor's Bid Procedure Motion [Dkt. No. 306]

**4.    Committee's Motion for (i) Standing; (ii) Leave to Intervene in Certain Pending Litigation; and (iii) Leave to File Such Other Claims or Litigation, as May Be Necessary, on Behalf of the Debtors' Estates [Dkt. No. 272].**

**Time:** 30 minutes

**Contested:** Yes

**Status:** Going forward.

**Related Documents:**

1. USED's Objection to Committee's Motion for Standing [Dkt. No. 285]
2. Debtors' Objection to Committee's Motion for Standing [Dkt. No. 289].
3. Response Filed by Mark Curtis Taylor for Creditor U.S. Energy Development Corporation [Dkt. No. 291]

#4871113.3

**5. Motion to Deposit Registry Funds filed by Mark Curtis Taylor for Plaintiff U.S. Energy Development Corporation in Adv. No. 15-1010 [Dkt. No. 55]**

**Time:** 5 minutes

**Contested:** Yes

**Related Documents:** None

**Status:** Going forward.

**6. Motion to Compel Deposit of Funds Filed by William A. (Trey) Wood III for Defendant WBH Energy Partners LLC in Adv. No. 15-1010 [Dkt. No. 53]**

**Time:** 5 minutes

**Contested:** Yes

**Status:** Going forward

**Related Documents:**

1. U.S. Energy Development Corporation's Response to Debtors' Motion to Compel Deposit of Funds [Dkt. No. 56].

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: */s/ William A. (Trey) Wood III*
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bgllp.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bgllp.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

**COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

#4871113.3