IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WBH Energy, LP, | § | Case No. 15-10003 |
| WBH Energy Partners LLC | § | |
| WBH Energy GP, LLC | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF EXTENSION OF DEADLINE TO FILE EXPERT REPORTS FILED BY CL III FUNDING HOLDING COMPANY LLC
[Relates to Docket Nos. 157, 256 and 268]

PLEASE TAKE NOTICE that the deadline for CL III Funding Holding Company, LLC ("Castlelake" or "CL III") to serve its expert reports pursuant to the Court's Scheduling Order (Docket No. 157), as modified by the Stipulation and Agreed Order Modifying Scheduling Order (Docket No. 256) and Stipulation and Second Agreed Order Modifying Scheduling Order (Docket No. 268), is hereby modified as stated by the Court on the record at the April 28, 2015 hearing as set forth below:

| Previous Date/Deadline | Revised Dates | Party(ies) | Actions |
|---|---|---|---|
| 5/1/2015 | 5/11/2015 | CL III | Expert Reports due to Opposing Parties. |

Dated: April 30, 2015

SNOW SPENCE GREEN LLP

By: */s/ Kenneth Green*
Phil Snow
State Bar No. 18812600
philsnow@snowspencelaw.com
Kenneth Green
State Bar No. 24036677
kgreen@snowspencelaw.com
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
(713) 335-4800
(713) 335-4848 (Fax)
**ATTORNEYS FOR SECURED CREDITORS CL III FUNDING HOLDING COMPANY, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 30, 2015, a true and correct copy of this document was served by electronic means via the Court's ECF noticing System.

                */s/ Kenneth Green*
                Kenneth Green

I:\Client\CAST0001-Castlelake-WBH\Bankruptcy\Pleadings-Final\20150430 CL III Notice of Ext of Time to File Expert Reports.docx