UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | | Chapter 11 |
| WBH Energy, LP, | § | Case No. 15-10003 |
| WBH Energy Partners | § | Case No. 15-10004 |
| LLC | § | Case No. 15-10005 |
| WBH Energy GP, LLC | | |
| | § | |
| Debtors. | § | Jointly Administered |

## UNITED STATES OF AMERICA'S AMENDED LIMITED OBJECTION TO CONFIRMATION

The United States of America, on behalf of the Internal Revenue Service ("IRS"), objects to the confirmation of Debtor's plan for the following reasons:

1. The United States objects to the plan as the each of the Debtors have not filed a partnership income tax return for the 2014 tax years. Until such returns are filed the plan should not be confirmed.

Wherefore the United States prays that the Debtor's plan not be confirmed.

Respectfully submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By:    /s/   Steven B. Bass
STEVEN B. BASS
Assistant United States Attorney
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 916-5858/Fax (512) 916-5854
Florida State Bar No. 767300
Counsel for the United States of America

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing "United States of America's Amended Limited Objection to Confirmation" has been mailed either by the Courts enabled electronic mailing or by First Class Mail on this the 30th day of July 2015, to the following:

Jason Cohen
Via courts email

US Trustee
Via courts email

      /s/ Steven B. Bass
STEVEN B. BASS
Assistant United States Attorney