15-10003-hcm Doc#476-1 Filed 08/06/15 Entered 08/06/15 17:39:26 Exhibit 1 - Mediated Settlement Agmt with electronic signatures Pg 1 of 5

Exhibit 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **WBH Energy, LP,** | § | **Case No. 15-10003** |
| **WBH Energy Partners LLC** | § | |
| **WBH Energy GP, LLC** | § | **Chapter 11** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |
| **U.S. Energy Development Corporation,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Adversary No. 15-01010** |
| | § | |
| **WBH Energy, LLC, CL III Funding Holding** | § | |
| **Company LLC, Pumpco Services, Inc.,** | § | |
| **Schlumberger Technology Corporation,** | § | |
| **Smith International, Inc., d/b/a Thomas** | § | |
| **Tools, Basic Energy Services, L.P., Gladiator** | § | |
| **Energy Services, LLC, Susser Energy** | § | |
| **Services, LLC, Halliburton Energy Services,** | § | |
| **Inc., Flowco Production Solutions, LLC,** | § | |
| **Multi-Chem Group, LLC, Weatherford US,** | § | |
| **LP, Key Energy Services, LLC, Morrison** | § | |
| **Supply Company, Inc.,** | § | |
| Defendants. | § | |
| **CL III Funding Holding Company, LLC,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **Adversary No. 15-01078** |
| | § | |
| **WBH Energy Partners, LLC, U.S. Energy** | § | |
| **Development Corporation, Basic Energy** | § | |
| **Services, L.P., BTI Services, Inc, Canrig** | § | |
| **Drilling Technology Ltd., Challenger Process** | § | |
| **Systems Co., Cressman Tubular Products** | § | |
| **Corporation, Flowco Production Solutions,** | § | |
| **LLC, Gladiator Energy Services, LLC,** | § | |
| **Halliburton Energy Services, Inc., Hodges** | § | |
| **Trucking Company LLC, Inwell II LLC, Key** | § | |
| **Energy Services, LLC, M-I LLC d/b/a M-I** | § | |
| **SWACO, Morrison Supply Company, Inc.,** | § | |
| **Multi-Chem Group, LLC, Nabors Completion** | § | |

15-10003-hcm Doc#476-1 Filed 08/06/15 Entered 08/06/15 17:39:26 Exhibit 1 - Mediated Settlement Agmt with electronic signatures Pg 2 of 5

Exhibit 1

| | |
|---|---|
| and Production Services Co., Nabors Drilling USA LP, Natural Gas Services Group Inc., P.L.P.S., Inc., PCS Ferguson Inc., Pioneer Fishing & Rental Services LLC, Pumpco Services, Inc., Schlumberger Technology Corporation, Smith International, Inc., d/b/a Thomas Tools, Surf-Frac Wellhead Equipment, Susser Energy Services, LLC, and Weatherford US, LP.<br>§§§§§§§§§§<br>     Defendants. | |
| CL III Funding Holding Company, LLC,<br>     Plaintiff,<br><br>v.<br><br>WBH Energy, LP, U.S. Energy Development Corporation, Basic Energy Services, L.P., BTI Services, Inc, Canrig Drilling Technology Ltd., Challenger Process Systems Co., Cressman Tubular Products Corporation, Flowco Production Solutions, LLC, Gladiator Energy Services, LLC, Halliburton Energy Services, Inc., Hodges Trucking Company LLC, Inwell II LLC, Key Energy Services, LLC, M-I LLC d/b/a M-I SWACO, Morrison Supply Company, Inc., Multi-Chem Group, LLC, Nabors Completion and Production Services Co., Nabors Drilling USA LP, Natural Gas Services Group Inc., Orr Construction Inc., P.L.P.S., Inc., PCS Ferguson Inc., Pioneer Fishing & Rental Services LLC, Pumpco Services, Inc., Schlumberger Technology Corporation, Smith International, Inc., d/b/a Thomas Tools, Surf-Frac Wellhead Equipment, Susser Energy Services, LLC, and Weatherford US, LP.<br>     Defendants. | **Adversary No. 15-01079** |

## Mediated Settlement Agreement

1. The Parties to Adversary 15-1010 shall jointly file a motion for an agreed final judgment which shall provide that $1.7 million of the interpled funds shall be paid to a designated agent for the M&M lien group with the balance of the interpled funds to be paid to Castlelake.

Mediated Settlement Agreement　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

15-10003-hcm Doc#476-1 Filed 08/06/15 Entered 08/06/15 17:39:26 Exhibit 1 - Mediated Settlement Agmt with electronic signatures Pg 3 of 5

Exhibit 1

2. The M&M lien holders shall deliver full releases of their respective M&M liens to the designated M&M lien agent who shall hold the releases in trust until receipt of the $1.7 million at which time the releases shall be delivered to counsel for Castlelake.

3. The agreed final judgment shall dispose of all claims asserted by all parties in Adversary 15-1010 with prejudice.

4. The Parties shall also file an agreed stipulation of dismissal with prejudice in Adversaries 15-1078 and 15-1079 with the exception of claims asserted by and against Inwell II LLC and Orr Construction, Inc.

5. In connection with the releases of M&M liens, the settling M&M lienholders consent to the sale of the Oil & Gas Properties and Personal Property to Castlelake free and clear of their respective liens.

6. The M&M lienholders and M&M lien agent shall determine the allocation of the $1.7 million to the claims of the M&M lienholders, and the M&M lien holders shall file amended proofs of claim for the balance of their respective claims after receipt of payment which shall designate the amount of their respective remaining unsecured claims.

7. Other than the release of the M&M liens all other rights and claims of the M&M lien holders are preserved.

Agreed to by:

| SNOW SPENCE GREEN LLP | BRACEWELL & GIULIANI LLP |
|---|---|
| By: /s/ Kenneth Green <br> Phil Snow <br> State Bar No. 18812600 <br> philsnow@snowspencelaw.com <br> Kenneth Green <br> State Bar No. 24036677 <br> kgreen@snowspencelaw.com <br> 2929 Allen Parkway, Suite 2800 <br> Houston, Texas 77019 <br> (713) 335-4800 <br> (713) 335-4848 (Fax) <br> **Counsel for Secured Creditor CL III Funding Holding Company, LLC** | By: /s/ Jason Cohen <br> William A. (Trey) Wood III <br> Texas Bar No. 21916050 <br> Trey.Wood@bgllp.com <br> Jason G. Cohen <br> Texas Bar No. 24050435 <br> Jason.Cohen@bgllp.com <br> 711 Louisiana, Suite 2300 <br> Houston, Texas 77002 <br> Telephone: (713) 223-2300 <br> Facsimile: (713) 221-1212 <br> **Counsel for the Debtors and Debtors in Possession** |

15-10003-hcm Doc#476-1 Filed 08/06/15 Entered 08/06/15 17:39:26 Exhibit 1 - Mediated Settlement Agmt with electronic signatures Pg 4 of 5

Exhibit 1

| | |
|---|---|
| **TAUBE SUMMERS, L.L.P.**<br><br>By: */s/ Eric Taube*<br>Eric J. Taube<br>State Bar No. 19679350<br>Mark C. Taylor<br>State Bar No. 19713225<br>100 Congress Avenue, 18th Floor<br>Austin, Texas 78701<br>(512) 472-5997<br>(512) 472-5248 (FAX)<br>erict@hts-law.com<br>markt@hts-law.com<br>**Counsel for U.S. Energy Development Corporation** | **WEST ALLEN LAW FIRM, PC**<br><br>By: */s/ Ian Sadler*<br>Jerrod Allen<br>STATE BAR NO. 24036126<br>Email: jallen@westallenlaw.com<br>Ian Sadler<br>24037416<br>Email:isadler@westallenlaw.com<br>211 N. Center St.<br>Longview, Texas 75601<br>Phone: 903-212-9300<br>Fax: 903-212-9301<br>**Attorney For Basic Energy Services, L.P.** |
| **DORÉ LAW GROUP, P.C.**<br><br>By: */s/ Zachary McKay*<br>Carl Doré, Jr.<br>TBN: 06000600<br>carl@dorelawgroup.net<br>Zachary S. McKay<br>TBN: 24073600<br>zmckay@dorelawgroup.net<br>17171 Park Row, Suite 160<br>Houston, Texas 77084<br>(281) 829-1555<br>(281) 200-0751 Fax<br>**Counsel for: Flowco Production Solutions, LLC, Halliburton Energy Services, Inc., Key Energy Services, LLC, Morrison Supply Company, PCS Ferguson, Inc., Pioneer Fishing and Rental Services, LLC, Susser Energy Services, Weatherford U.S., LP, Multi Chem Group, LLC, and Challenger Process Systems** | **CRADY, JEWETT & McCULLEY, LLP**<br><br>By*: /s/ Bill Sudela*<br>William R. Sudela<br>State Bar No. 19463300<br>Email: wsudela@cjmlaw.com<br>J. Daniel Long<br>State Bar No. 24036985<br>Email: dlong@cjmlaw.com<br>2727 Allen Parkway, Suite 1700<br>Houston, Texas 77019<br>Telephone: (713) 739-7007<br>Fax: (713) 739-8403<br>**Counsel for Canrig Drilling Technology Ltd., Cressman Tubular Produces Corporation, Gladiator Energy Services, LLC, M-I LLC d/b/a M-I SWACO, Pumpco Services, Inc.; Natural Gas Services Group, Inc.; Nabors Drilling USA, LP; and Nabors Completion & Production Services Co., Schlumberger Technology Corporation, and Smith International, Inc d/b/a Thomas Tools** |
| **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.**<br><br>By: */s/ J.P. Overton*<br>David R. Clouston, Attorney-in-Charge<br>(TX Bar #00787253)<br>Founders Square<br>900 Jackson Street, Suite 440<br>Dallas, TX 75202-4473<br>Telephone (214) 741-3005<br>Facsimile: (214) 741-3055<br>Email: dclouston@sessions-law.biz<br>-----and-----<br>Jean Paul Overton<br>Assistant General Counsel<br>Superior Energy Services, Inc.<br>1001 Louisiana Street, Suite 2900<br>Houston, TX 77002<br>**Attorneys for Plaintiff, BTI Services, Inc.** | **K&L GATES LLP**<br><br>By: */s/ Trey Monsour*<br>Trey A. Monsour<br>Texas Bar No. 14277200<br>1000 Main Street, Suite 2550<br>Houston, TX 77002<br>Telephone: (713) 815-7320<br>Facsimile: (713) 815-7301<br>Email: trey.monsour@klgates.com<br>—and—<br>Artoush Varshosaz<br>Texas Bar No. 24066234<br>**K&L GATES LLP**<br>1717 Main Street, Suite 2800<br>Dallas, Texas 75201<br>Telephone: (214) 939-5500<br>Facsimile: (214) 939-5849<br>Email: artoush.varshosaz@klgates.com<br>**Counsel For Surf Frac Wellhead Equipment Company, Inc** |

15-10003-hcm Doc#476-1 Filed 08/06/15 Entered 08/06/15 17:39:26 Exhibit 1 - Mediated Settlement Agmt with electronic signatures Pg 5 of 5

Exhibit 1

| | |
|---|---|
| **GRAY REED & MCGRAW, P.C.**<br><br>By: */s/ Micheal Bishop*_____<br>Micheal W. Bishop, Esq.<br>State Bar No. 02354860<br>1601 Elm Street, Suite 4600<br>Dallas, Texas 75201<br>Telephone: (214) 954-4135<br>Facsimile: (469) 320-6832<br>**Counsel for P.L.P.S., Inc.** | |