**EXHIBIT 2**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **WBH Energy, LP,** | § | Case No. 15-10003 |
| **WBH Energy Partners LLC** | § | |
| **WBH Energy GP, LLC** | § | Chapter 11 |
| | § | |
| **Debtors.** | § | Jointly Administered |
| U.S. Energy Development Corporation, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 15-01010 |
| | § | |
| **WBH Energy, LLC, CL III Funding Holding** | § | |
| **Company LLC, Pumpco Services, Inc.,** | § | |
| **Schlumberger Technology Corporation, Smith** | § | |
| **International, Inc., d/b/a Thomas Tools, Basic** | § | |
| **Energy Services, L.P., Gladiator Energy** | § | |
| **Services, LLC, Susser Energy Services, LLC,** | § | |
| **Halliburton Energy Services, Inc., Flowco** | § | |
| **Production Solutions, LLC, Multi-Chem Group,** | § | |
| **LLC, Weatherford US, LP, Key Energy Services,** | § | |
| **LLC, Morrison Supply Company, Inc.,** | § | |
| Defendants. | § | |
| | § | |

**AGREED FINAL JUDGMENT**

WBH Energy Partners, LLC, CL III Funding Holding Company LLC ("Castlelake"), U.S. Energy Development Corporation ("USED"), Basic Energy Services, L.P., BTI Services, Inc, Canrig Drilling Technology Ltd., Challenger Process Systems Co., Cressman Tubular Products Corporation, Flowco Production Solutions, LLC, Gladiator Energy Services, LLC, Halliburton Energy Services, Inc., Key Energy Services, LLC, M-I LLC d/b/a M-I SWACO, Morrison Supply Company, Inc., Multi-Chem Group, LLC, Nabors Completion and Production

Services Co., Nabors Drilling USA LP, Natural Gas Services Group Inc., P.L.P.S., Inc., PCS Ferguson Inc., Pioneer Fishing & Rental Services LLC, Pumpco Services, Inc., Schlumberger Technology Corporation, Smith International, Inc., d/b/a Thomas Tools, Surf-Frac Wellhead Equipment, Susser Energy Services, LLC, and Weatherford US, LP[1] (collectively, the "Parties") file this Agreed Final Judgment.

The Court having considered the matters brought before the Court in this adversary preceding and WBH Energy Partners, LLC, WBH Partners, LP, CL III Funding Holding Company LLC, U.S. Energy Development Corporation's Joint Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(a) for Approval of Settlement and Compromise ("Motion") and having approved the Motion, the Court enters this Agreed Final Judgment.

**THE PARTIES HEREBY STIPULATE AND THE COURT FINDS THAT:**

A. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 because this is a proceeding arising in, arising under, and relating to Debtors' chapter 11 bankruptcy filings.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. This Court has authority to enter this Final Judgment as a final adjudication of the rights described herein pursuant to the United States Constitution, 28 U.S.C. § 157.

D. Venue is proper in this district pursuant to 28 U.S.C. § 1409(a) because the chapter 11 case to which this proceeding relates is pending in this district.

---

[1] Basic Energy Services, L.P., BTI Services, Inc, Canrig Drilling Technology Ltd., Challenger Process Systems Co., Cressman Tubular Products Corporation, Flowco Production Solutions, LLC, Gladiator Energy Services, LLC, Halliburton Energy Services, Inc., Key Energy Services, LLC, M-I LLC d/b/a M-I SWACO, Morrison Supply Company, Inc., Multi-Chem Group, LLC, Nabors Completion and Production Services Co., Nabors Drilling USA LP, Natural Gas Services Group Inc., P.L.P.S., Inc., PCS Ferguson Inc., Pioneer Fishing & Rental Services LLC, Pumpco Services, Inc., Schlumberger Technology Corporation, Smith International, Inc., d/b/a Thomas Tools, Surf-Frac Wellhead Equipment, Susser Energy Services, LLC, and Weatherford US, LP are collectively referred to herein as the "Settling Lien Claimants."

E. On May 14, 2015, the Clerk of this Court, received a deposit in the amount of $1,845,925.03 ("Registry Funds") from USED, which was interpled by USED in this adversary proceeding.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. This Agreed Final Judgment constitutes a declaration of the parties rights and other legal relations as described herein pursuant to 28 U.S.C. § 2201 *et seq.* and a Final Judgment pursuant to Fed. R. Civ. P. 54 and Fed. R. Bankr. P. 7054. Moreover, the findings of fact and conclusions of law set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052. To the extent that any of the findings of fact constitute conclusions of law, they are adopted as such. To the extent that any of the conclusions of law constitute findings of fact, they are adopted as such.

2. The Settling Lien Creditors shall receive a total distribution of $1,700,000 of the Registry Funds. The Settling Lien Creditors shall decide amongst themselves how the $1,700,000 is distributed.

3. The remaining Registry Funds shall be distributed to Castlelake.

4. This is a final judgment under Rule 54 of the Federal Rules of Civil Procedure, made applicable by Bankruptcy Rule 7054, as to all claims by and between all parties.

###

**Submitted by:**

**SNOW SPENCE GREEN LLP**
By: /s/
Phil Snow
State Bar No. 18812600
philsnow@snowspencelaw.com
Kenneth Green

State Bar No. 24036677
kgreen@snowspencelaw.com
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
(713) 335-4800
(713) 335-4848 (Fax)
**Counsel for Secured Creditor CL III Funding Holding Company, LLC**


**Agreed to by:**

| | |
|---|---|
| **TAUBE SUMMERS, L.L.P.**<br><br>By: */s/*<br>Eric J. Taube<br>State Bar No. 19679350<br>Mark C. Taylor<br>State Bar No. 19713225<br>100 Congress Avenue, 18th Floor<br>Austin, Texas 78701<br>(512) 472-5997<br>(512) 472-5248 (FAX)<br>erict@hts-law.com<br>markt@hts-law.com<br>**Counsel for U.S. Energy Development Corporation** | **BRACEWELL & GIULIANI LLP**<br><br>By: */s/*<br>William A. (Trey) Wood III<br>Texas Bar No. 21916050<br>Trey.Wood@bgllp.com<br>Jason G. Cohen<br>Texas Bar No. 24050435<br>Jason.Cohen@bgllp.com<br>711 Louisiana, Suite 2300<br>Houston, Texas 77002<br>Telephone: (713) 223-2300<br>Facsimile: (713) 221-1212<br>**Counsel for the Debtors and Debtors in Possession** |
| **GRAY REED & MCGRAW, P.C.**<br><br>By*: /s/*<br>Micheal W. Bishop, Esq.<br>State Bar No. 02354860<br>1601 Elm Street, Suite 4600<br>Dallas, Texas 75201<br>Telephone: (214) 954-4135<br>Facsimile: (469) 320-6832<br>**Counsel for P.L.P.S., Inc.** | **WEST ALLEN LAW FIRM, PC**<br><br>By: */s/*<br>Jerrod Allen<br>STATE BAR NO. 24036126<br>Email: jallen@westallenlaw.com<br>Ian Sadler<br>STATE BAR NO. 24037416<br>Email:isadler@westallenlaw.com<br>211 N. Center St.<br>Longview, Texas 75601<br>Phone: 903-212-9300<br>Fax: 903-212-9301<br>**Attorney For Basic Energy Services, L.P.** |

| | |
|---|---|
| **DORÉ LAW GROUP, P.C.**<br><br>By: /s/ _____<br>Carl Doré, Jr.<br>TBN: 06000600<br>carl@dorelawgroup.net<br>Zachary S. McKay<br>TBN: 24073600<br>zmckay@dorelawgroup.net<br>17171 Park Row, Suite 160<br>Houston, Texas 77084<br>(281) 829-1555<br>(281) 200-0751 Fax<br>**Counsel for: Flowco Production Solutions, LLC, Halliburton Energy Services, Inc., Key Energy Services, LLC, Morrison Supply Company, PCS Ferguson, Inc., Pioneer Fishing and Rental Services, LLC, Susser Energy Services, Weatherford U.S., LP, Multi Chem Group, LLC, and Challenger Process Systems** | **CRADY, JEWETT & McCULLEY, LLP**<br><br>By: /s/ _____<br>William R. Sudela<br>State Bar No. 19463300<br>Email: wsudela@cjmlaw.com<br>J. Daniel Long<br>State Bar No. 24036985<br>Email: dlong@cjmlaw.com<br>2727 Allen Parkway, Suite 1700<br>Houston, Texas 77019<br>Telephone: (713) 739-7007<br>Fax: (713) 739-8403<br>**Counsel for Canrig Drilling Technology Ltd., Cressman Tubular Produces Corporation, Gladiator Energy Services, LLC, M-I LLC d/b/a M-I SWACO, Pumpco Services, Inc.; Natural Gas Services Group, Inc.; Nabors Drilling USA, LP; and Nabors Completion & Production Services Co., Schlumberger Technology Corporation, and Smith International, Inc d/b/a Thomas Tools** |
| **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.**<br><br>By: /s/ _____<br>David R. Clouston, Attorney-in-Charge<br>(TX Bar #00787253)<br>Founders Square<br>900 Jackson Street, Suite 440<br>Dallas, TX 75202-4473<br>Telephone (214) 741-3005<br>Facsimile: (214) 741-3055<br>Email: dclouston@sessions-law.biz<br>-----and-----<br>Jean Paul Overton<br>Assistant General Counsel<br>Superior Energy Services, Inc.<br>1001 Louisiana Street, Suite 2900<br>Houston, TX 77002<br>**Attorneys for Plaintiff, BTI Services, Inc.** | **K&L GATES LLP**<br><br>By: /s/ _____<br>Trey A. Monsour<br>Texas Bar No. 14277200<br>1000 Main Street, Suite 2550<br>Houston, TX 77002<br>Telephone: (713) 815-7320<br>Facsimile: (713) 815-7301<br>Email: trey.monsour@klgates.com<br>—and—<br>Artoush Varshosaz<br>Texas Bar No. 24066234<br>**K&L GATES LLP**<br>1717 Main Street, Suite 2800<br>Dallas, Texas 75201<br>Telephone: (214) 939-5500<br>Facsimile: (214) 939-5849<br>Email: artoush.varshosaz@klgates.com<br>**Counsel For Surf Frac Wellhead Equipment Company, Inc** |