IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| WBH ENERGY, LP, | § | Case No. 15-10003 |
| WBH ENERGY PARTNERS LLC, and | § | |
| WBH ENERGY GP, LLC, | § | Chapter 11 |
| | § | |
| Debtors. | § | *Jointly Administered* |
| | § | |

**UNITED STATES ENERGY DEVELOPMENT CORPORATION'S MOTION FOR TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING PURPOSES**

**A MOTION TO EXPEDITE HAS BEEN FILED**

TO THE HONORABLE H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW U.S. Energy Development Corporation ("**USED**") and files this Motion for Temporary Allowance of Claims for Voting Purposes (the "**Motion**"), as follows:

1. USED has filed a Proof of Claim in each of these jointly administered cases in the amount of at least $11,400,000 (each a "**POC**," and collectively the "**POCs**"). *See* Case No. 15-10003, Claim No. 69; Case No. 15-10004, Claim No. 32; Case No. 15-10005, Claim No. 14. The POCs were all filed on May 11, 2015.

2. The Debtors filed an objection [Doc. 453] (the "**Objection**") to the POCs on July 22, 2015—only two days after USED objected to the Debtors' disclosure statement, and only one day before the hearing on the disclosure statement had been set.

3. The First Amended Joint Plan of Liquidation [Doc. 459] (the "**Plan**") filed by the Debtors is set for hearing on confirmation on August 20, 2015. Ballots and objections are due on August 14, 2015.

4. With their belatedly filed Objection, the Debtors are seeking to prevent USED from voting. The Joint Disclosure Statement for the Debtors' Proposed First Amended Joint Plan of Reorganization [Doc. 458] (the "**Disclosure Statement**") explicitly states that it *assumes* the USED's claims will be denied. *See* Disclosure Statement, p. 14 n. 2.

5. USED requests temporary allowance of its claim for voting purposes under Rule 3018 of the Bankruptcy Rules, so that it is allowed to vote in this case.

6. Because the Objection is intertwined with certain pending adversary proceedings and other legal issues, there may not be a determination prior to confirmation. Accordingly, temporary allowance for voting purposes is appropriate.

WHEREFORE, based on the foregoing, USED requests that the Court temporary allow its claims for voting purposes and that it have such other and further relief to which it may show itself justly entitled. A copy of the proposed Order is attached hereto.

Respectfully submitted,

TAUBE SUMMERS HARRISON TAYLOR
MEINZER BROWN LLP


By: */s/ Christopher G. Bradley*
Eric J. Taube
State Bar No. 19679350
Mark C. Taylor
State Bar No. 19713225
Christopher G. Bradley
State Bar No. 24069407
100 Congress Avenue, 18th Floor
Austin, Texas 78701
(512) 472-5997
(512) 472-5248 (FAX)
etaube@taubesummers.com
mtaylor@taubesummers.com
cbradley@taubesummers.com

-and-

                                               LAW OFFICES OF M. STEVE SMITH
                                               M. Steve Smith
                                               State Bar No. 18645650
                                               1177 West Loop S., Suite 1100
                                               Houston, Texas 77027
                                               Telephone: 713/787-9901
                                               Telecopier: 713/969-9169
                                               mssmith@mstevesmith.com

                                               ATTORNEYS FOR U.S. ENERGY
                                               DEVELOPMENT CORPORATION

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the above and foregoing has been served upon those parties receiving the Court's ECF e-mail notification on this 7th day of August, 2015.

                                              */s/ Christopher G. Bradley*
                                              Christopher G. Bradley