**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** § | | |
| § | | |
| **WBH Energy, LP,** § | Case No. 15-10003 | |
| **WBH Energy Partners LLC** § | | |
| **WBH Energy GP, LLC** § | Chapter 11 | |
| § | | |
| **Debtors.** § | *Jointly Administered* | |

**NOTICE OF AMENDMENT TO SUPPLEMENT TO FIRST AMENDED JOINT PLAN
OF <u>REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>**

**PLEASE TAKE NOTICE THAT** on August 10, 2015, the above-captioned debtors (together, the "<u>Debtors</u>") filed a plan supplement (the "<u>Plan Supplement</u>") in support of the *First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code* [Dkt. No. 459] (as may be amended, supplemented or otherwise modified from time to time and including all exhibits thereto, the "<u>Plan</u>"), filed in these chapter 11 cases on July 26, 2015.[1]

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the Plan Supplement, the Debtors reserved the right to alter, amend, modify, or supplement any document in the Plan Supplement as provided by the Plan, <u>provided</u> <u>that</u> if any document in the Plan Supplement was altered, amended, modified, or supplemented in any material respect prior to the date of the Confirmation Hearing, the Debtors would file a redline of such document with the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE THAT** that pursuant to the foregoing provision in the Plan Supplement, the Debtors hereby file an amended Creditors' Trust Agreement (the "<u>Amended Creditors' Trust Agreement</u>") (attached hereto as **Exhibit A**), and a redline version of the Amended Creditors' Trust Agreement (attached hereto as **Exhibit B**) showing changes between Exhibit A and the version of the Creditors' Trust Agreement at Dkt. No. 486-2.

**PLEASE TAKE FURTHER NOTICE THAT** the Amended Creditors' Trust Agreement is integral to, and is considered part of, the Plan. If the Plan is approved, the Amended Creditors' Trust Agreement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: */s/ Jason G. Cohen*
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bgllp.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bgllp.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

**COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 11, 2015, a true and correct copy of this document was served by electronic means as listed on the Court's ECF noticing system; and that on August 12, 2015, a true and correct copy of this document was served via electronic mail where available, and otherwise by regular U.S. mail, postage prepaid, on the attached Master Service List.

*/s/ Jason G. Cohen*
Jason G. Cohen