**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **WBH Energy, LP,** | § | Case No. 15-10003 |
| **WBH Energy Partners LLC** | § | |
| **WBH Energy GP, LLC** | § | Chapter 11 |
| | § | |
| **Debtors.** | § | *Jointly Administered* |

**NOTICE OF SUBMISSION OF PROPOSED ORDER (I) AUTHORIZING AND APPROVING THE DEBTORS TO SELL THEIR ASSETS, (II) AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (III) GRANTING RELATED RELIEF**

The above-captioned debtors hereby give notice of the submission of a Proposed Order (I) Authorizing and Approving the Debtors to Sell Their Assets, (II) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases and (III) Granting Related Relief (the "Sale Order").

The Debtors will seek entry of the Proposed Sale Order as attached hereto on August 20, 2015, at 9:30 a.m.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: */s/ Jason G. Cohen*
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bgllp.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bgllp.com

711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

**COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 14, 2015, a true and correct copy of the foregoing was served by electronic means as listed on the Court's ECF noticing system.

*/s/ Jason G. Cohen*
Jason G. Cohen

#4980988