

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 18, 2015.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| **WBH Energy, LP,** | § | Case No. 15-10003 |
| **WBH Energy Partners LLC** | § | |
| **WBH Energy GP, LLC** | § | |
| Debtors. | § | (Jointly Administered) |

**ORDER GRANTING JOINT MOTION PURSUANT TO BANKRUPTCY RULE 9019
AND 11 U.S.C. § 105(a) FOR APPROVAL OF SETTLEMENT AND COMPROMISE
[Relates to Doc. 476 and 499]**

On August 17, 2015, the Court conducted a hearing on the Joint Motion Pursuant to Bankruptcy Rule 9019 and 11 U.S.C. § 105(A) for Approval of Settlement and Compromise [Dkt. 476] and First Supplement thereto [Dkt. 499] (the "Motion") filed by WBH Energy, LP ("Debtor LP") WBH Energy Partners, LLC ("Debtor LLC"), and CL III Funding Holding Company LLC ("Castlelake"), (collectively, the "Movants") for an Approval of Settlement and Compromise between the Movants, U.S. Energy Development Corporation and certain Settling Lien

Claimants[1], and the Court having reviewed the Motion and the Settlement Agreement, pleadings, evidence, and arguments of counsel, the Court finds that the Motion should be granted.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

ORDERED that the Motion is GRANTED. It is further

ORDERED that the Settlement Agreement attached to the Motion as Exhibit "1" is APPROVED.

###

Submitted by:

**SNOW SPENCE GREEN LLP**


By: __/s/   Kenneth Green__
Phil Snow
State Bar No. 18812600
Kenneth Green
State Bar No. 24036677
2929 Allen Parkway, Suite 2800
Houston, Texas 77019
(713) 335-4800
(713) 335-4848 (Fax)

**ATTORNEYS FOR SECURED CREDITORS**
**CL III FUNDING HOLDING COMPANY, LLC**

---

[1] Basic Energy Services, L.P., BTI Services, Inc, Canrig Drilling Technology Ltd., Challenger Process Systems Co., Cressman Tubular Products Corporation, Flowco Production Solutions, LLC, Gladiator Energy Services, LLC, Halliburton Energy Services, Inc., Key Energy Services, LLC, M-I LLC d/b/a M-I SWACO, Morrison Supply Company, Inc., Multi-Chem Group, LLC, Nabors Completion and Production Services Co., Nabors Drilling USA LP, Natural Gas Services Group Inc., P.L.P.S., Inc., PCS Ferguson Inc., Pioneer Fishing & Rental Services LLC, Pumpco Services, Inc., Schlumberger Technology Corporation, Smith International, Inc., d/b/a Thomas Tools, Surf-Frac Wellhead Equipment, Susser Energy Services, LLC, and Weatherford US, LP  are collectively referred to herein as the "Settling Lien Claimants"

Agreed to by:
**BRACEWELL & GIULIANI LLP**

By: */s/ Jason G. Cohen*
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bgllp.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bgllp.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

**COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**