**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 15-10003** |
| WBH Energy, LP, | § | |
| WBH Energy Partners LLC | § | Chapter 11 |
| WBH Energy GP, LLC | § | |
| | § | |
| Debtors. | § | *Jointly Administered* |

## HEARING AGENDA FOR AUGUST 20, 2015

Hearing Date/Time: **August 20, 2015, 9:30 a.m. (CST)**

Hearing Location: United States Bankruptcy Court for the Western District of Texas
Homer J. Thornberry Federal Judicial Building
903 San Jacinto Blvd.
Courtroom No. 2
Austin, Texas 78701

**1.** **Motion for (A) Entry of an Order (I) Approving Bidding Procedures; (II) Scheduling Bidding Deadline, Auction Date, and Sale Hearing Date; (III) Approving Form and Notice Thereof; (B) Entry of an Order After Sale Hearing (I) Authorizing the Debtors to Sell Their Assets; and (II) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief [Dkt. No. 264].**

**Time:** 3 hours

**Contested:** Yes

**Status:** Going forward.

**Related Documents:**

1. Objection of Orr Construction [Dkt. No. 493];
2. Objection (Limited) of U.S. Energy Development Corp. [Dkt. No. 496];
3. Stipulation to Extend Deadline for Certain Parties to File Objection to Sale filed by CL III Funding Holding Co., LLC [Dkt. No. 501];
4. Objection to Debtors' Sale Motion of Inwell, LLC [Dkt. No. 505];
5. Exhibit and Witness List for Hearing on August 20, 2015 Official Committee of Creditors [Dkt. No. 509];
6. Witness and Exhibit List Creditor Orr Construction [Dkt. No. 510];
7. Debtors' Notice of Submission of Proposed Sale Order [Dkt. No. 513];
8. Order Regarding Stipulation to Extend Deadline for Certain Parties to File Objection to Sale [Dkt. No. 515];

#4982536.1

9. Debtors' Amended Witness and Exhibit List for Augst 20, 2015, Sale and Confirmation Hearing [Dkt. No. 519];
10. Amended Designation of Witnesses and Exhibits for August 20, 2015 Hearing for U.S. Energy Development Corporation [Dkt. No. 520];
11. CL III Funding Holding Company, LLC's First Amended Witness and Exhibit List [Dkt. No. 521];
12. Debtors' Omnibus Response to Objections to Sale Motion [Dkt. No. 524]

**2.     Motion of Temporary Allowance of Claims for Voting Purposes [Dkt. No. 479].**

**Time:** 30 minutes

**Contested:** Yes

**Status:** Going forward.

**Related Documents:**

1. Motion to Expedite Hearing [Dkt. No. 480];
2. Order Regarding Motion to Expedite Hearing [Dkt. No. 481];
3. Notice of Hearing [Dkt. No. 483];
4. Debtors' Response [Dkt. No. 517]

**3.     Motion to Assume Lease [Dkt. No. 463].**

**Time:** 30 minutes

**Contested:** Yes

**Status:** Going forward.

**Related Documents:**

1. Motion to Expedite Hearing [Dkt. No. 464];
2. Order Regarding Motion to Expedite Hearing [Dkt. No. 466];
3. Amended Certificate of Service [Dkt. No. 467];
4. Notice of Hearing [Dkt. No. 468];
5. Objection to Debtors' Motion to Assume Unexpired Leases [Dkt. No. 504]

**4.     Debtors' First Amended Chapter 11 Plan of Reorganization [Dkt. No. 459].**

**Time:** 3 hours

**Contested:** Yes

**Status:** Going forward.

**Related Documents:**

1. Amended Disclosure Statement [Dkt. No. 458];
2. Order Approving Disclosure Statement [Dkt. No. 460];


3. United States of America's Amended Limited Objection to Confirmation [Dkt. No. 470];
4. Supplement to Frist Amended Joint Plan of Reorganization [Dkt. No. 486];
5. Notice of Amendment to Supplement to First Amended Plan of Reorganization [Dkt. No. 487];
6. Debtors' Response to United States of America's Amended Limited Objection to Confirmation [Dkt. No. 494];
7. Objection [Limited] of EOG Resources, Inc. to Confirmation of Debtors' First Amended Joint Plan of Reorganization [Dkt. No. 495];
8. Objection to Confirmation of Plan filed by U.S. Energy Development Corp. [Dkt. No. 497];
9. CL III Funding Holding Company, LLC's Limited Objection to First Amended Joint Plan of Reorganization [Dkt. No. 502];
10. Objection to Confirmation of Plan filed by Orr Construction [Dkt. No. 503];
11. Objection to Confirmation Filed by Official Committee of Creditors [Dkt. No. 507];
12. Objection to Confirmation of Plan filed by U.S. Trustee [Dkt. No. 511];
13. Objection to Confirmation of First Amended Joint Plan of Reorganization filed by Inwell II, LLC d/b/a Inwell, LLC [Dkt. No. 512];
14. Notice of Submission of Proposed Order Confiriming Debtors First Amended Joint Plan of Reorganization [Dkt. No. 514];
15. Objection to Confirmation of Plan filed Montague County [Dkt. No. 516];
16. Notice of Withdrawal of Document by United States of America IRS [Dkt. No. 518]
17. Debtors' Omnibus Response to Objections to Confirmation of Plan [Dkt. No. 523];
18. Affidavit of Chelsea R. Dal Corso Regarding Methodology for the Tabulation of and Results of Voting with Respect to the Debtors' Joint Plan of Reorganization [Dkt. No. 525]

    Respectfully submitted,

    **BRACEWELL & GIULIANI LLP**

    By: */s/ Jason G. Cohen*
        William A. (Trey) Wood III
        Texas Bar No. 21916050
        Trey.Wood@bgllp.com
        Jason G. Cohen
        Texas Bar No. 24050435
        Jason.Cohen@bgllp.com
        711 Louisiana, Suite 2300
        Houston, Texas 77002
        Telephone: (713) 223-2300
        Facsimile: (713) 221-1212

    **COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION**

#4982536.1