**Motion withdrawn on the record at the hearing on 8/27/15.**



# SO ORDERED.

## SIGNED this 27th day of August, 2015.

_HCMott_

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WBH ENERGY, LP, | § | Case No. 15-10003 |
| WBH ENERGY PARTNERS LLC, and | § | |
| WBH ENERGY GP, LLC, | § | Chapter 11 |
| | § | |
| Debtors. | § | *Jointly Administered* |
| | § | |

### ORDER GRANTING U.S. ENERGY DEVELOPMENT CORPORATION'S MOTION FOR TEMPORARY ALLOWANCE OF CLAIMS FOR VOTING PURPOSES

ON THIS DAY came on for consideration U.S. Energy Development Corporation's Motion for Temporary Allowance of Claims for Voting Purposes; after considering the pleadings and argument, it is

**ORDERED** that the Motion is granted. It is further

**ORDERED** that the claims of U.S. Energy Development Corporation in the amount of $11,400,000 are temporarily allowed pursuant to Bankruptcy Rule 3018(a) for the purposes of voting on the Debtors' First Amended Joint Plan of Reorganization.

###

ENTRY REQUESTED BY:

TAUBE SUMMERS HARRISON TAYLOR MEINZER BROWN LLP
Eric J. Taube
State Bar No. 19679350
Mark C. Taylor
State Bar No. 19713225
Christopher G. Bradley
State Bar No. 24069407
100 Congress Avenue, 18th Floor
Austin, Texas 78701
(512) 472-5997
(512) 472-5248 (FAX)
etaube@taubesummers.com
mtaylor@taubesummers.com
cbradley@taubesummers.com


ATTORNEYS FOR U.S. ENERGY
DEVELOPMENT CORPORATION