**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **WBH Energy, LP,** | § | **Case No. 15-10003** |
| **WBH Energy Partners LLC** | § | |
| **WBH Energy GP, LLC** | § | **Chapter 11** |
| | § | |
| **Debtors.** | § | *Jointly Administered* |

**NOTICE OF CANCELLATION OF HEARING TO CONSIDER THE DEBTORS'
REVISED PLAN, TRUST AGREEMENT AND PROPOSED CONFIRMATION ORDER**

**PLEASE TAKE NOTICE** that the emergency hearing to consider the Debtors' revised Modified First Amended Plan of Reorganization, the revised Creditors' Trust Agreement, and the revised proposed Confirmation Order scheduled for **September 4, 2015, at 4:00 p.m. (prevailing Central Time) has been CANCELLED.** The hearing is moot as a result of the Certification of Counsel filed at Docket Number 557.

Respectfully submitted,

**BRACEWELL & GIULIANI LLP**

By: */s/ Jason G. Cohen*
William A. (Trey) Wood III
Texas Bar No. 21916050
Trey.Wood@bgllp.com
Jason G. Cohen
Texas Bar No. 24050435
Jason.Cohen@bgllp.com
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (713) 221-1212

**COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 4, 2015, a true and correct copy of this document was served by electronic means as listed on the Court's ECF noticing system.

*/s/ Jason G. Cohen*
Jason G. Cohen

#4996162.1