# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **WBH Energy, LP,** | § | Case No. 15-10003 |
| **WBH Energy Partners LLC** | § | |
| **WBH Energy GP, LLC** | § | Chapter 11 |
| | § | |
| **Debtors.** | § | *Jointly Administered* |

## NOTICE OF SALE CLOSING AND SALE EFFECTIVE DATE

PLEASE TAKE NOTICE THAT pursuant to the *Order (I) Authorizing and Approving the Debtors to Sell Their Assets, (II) Authorizing the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases and (III) Granting Related Relief* [Dkt. No. 547] (the "Sale Order"), WBH Energy, LP and WBH Energy Partners LLC have sold the property described in Sections 1.02 and 1.03 of the Purchase and Sale Agreement attached to the Sale Order to CL III Funding Holding Company, LLC (the "Sale"). The closing of the Sale occurred on September 9, 2015.

PLEASE TAKE FURTHER NOTICE THAT the effective date of the Sale is deemed to be September 1, 2015.

#4995133

Respectfully submitted,

**BRACEWELL & GIULIANI, LLP**

By: */s/ Jason G. Cohen*
    William A. (Trey) Wood III
    Texas Bar No. 21916050
    Trey.Wood@bgllp.com
    Jason G. Cohen
    Texas Bar No. 24050435
    Jason.Cohen@bgllp.com
    711 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone:   (713) 223-2300
    Facsimile:   (713) 221-1212

**ATTORNEYS FOR THE DEBTORS**

#4995133