IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WBH Energy, LP, | § | Case No. 15-10003-hcm |
| WBH Energy Partners LLC | § | Case No. 15-10004-hcm |
| WBH Energy GP, LLC | § | Case No. 15-10005-hcm |
| | § | |
| Debtors. | § | Jointly Administered |

## U.S. ENERGY DEVELOPMENT CORPORATION'S DESIGNATION OF EXPERT WITNESSES IN CONNECTION WITH CONTESTED MATTER RELATED TO CL III FUNDING HOLDING COMPANY'S OBJECTIONS TO PROOFS OF CLAIM

COMES NOW U.S. Energy Development Corporation ("**USED**") and files its Designation of Expert Witnesses in Connection with the Contested Matter Related to CL III Funding Holding Company's ("**CL III**") Objection to Proofs of Claim as follows:

1) Eric J. Taube and/or Mark C. Taylor
Waller Lansden Dortch & Davis, LLP
100 Congress Avenue, Suite 1800
Austin, TX 78701
(512) 685-6400

Mr. Taube and/or Mr. Taylor are expected to testify concerning the reasonableness and necessity of the attorneys' fees and costs incurred by USED in connection with enforcing the JOA. Those fees and costs exceed $500,000, and Mr. Taube and Mr. Taylor will testify that such fees and costs were reasonable and necessary both under Texas state law and under the factors considered by bankruptcy courts in allowing recovery of fees and expenses. Mr. Taube and Mr. Taylor may also testify concerning whether USED was a "prevailing party" as discussed in USED's Response to CL III's claim objection. Both Mr. Taube and Mr. Taylor have testified concerning the reasonableness and necessity of attorneys' fees in state court and bankruptcy courts in Texas. Their CVs are available at www.wallerlaw.com.

4814-1572-9199.1

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Eric J. Taube*
    Eric J. Taube
    State Bar No. 19679350
    Eric.Taube@wallerlaw.com
    Mark C. Taylor
    State Bar No. 19713225
    Mark.Taylor@wallerlaw.com
    100 Congress Avenue, Suite 1800
    Austin, Texas 78701
    Telephone: 512/685-6400
    Telecopier: 512/685-6417

ATTORNEYS FOR U.S. ENERGY
DEVELOPMENT CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon those parties receiving the Court's ECF e-mail notification on this 14th day of March, 2016, including counsel for CL III as listed below.

Phil Snow
philsnow@snowspencelaw.com
Kenneth Green
kgreen@snowspencelaw.com
Carolyn Carollo
carolyncarollo@snowspencelaw.com
SNOW SPENCE GREEN LLP
2929 Allen Parkway, Suite 2800
Houston, Texas 77019

                                */s/ Eric J. Taube*
                                Eric J. Taube